B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**International Architectural Group, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**International Aluminum Corporation** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**27-2546017** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**767 Monterey Pass Rd**<br>**Monterey Park, CA 91754**         ZIP CODE **91754-0000** | Street Address of Joint Debtor (No. & Street, City, and State):         ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**Same as street address**         ZIP CODE | Mailing Address of Joint Debtor (if different from street address):         ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): **Same as street address** ||

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other<br>**Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☒ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br><br>**Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☒ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Check one box:   **Chapter 11 Debtors** |
|---|---|
| ☒ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br><br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. ||

Estimated Number of Creditors

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Debts

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

550626v1

B1 (Official Form 1) (4/10)                                                                                Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**International Architectural Group, LLC** | | |
|---|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | | |
| Location Where Filed: **See "Attachment 1 to the Voluntary Petition"** | Case Number: | | Date Filed: |
| Location Where Filed: | Case Number: | | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | | |
| Name of Debtor: **See "Attachment 2 to the Voluntary Petition"** | Case Number: | | Date Filed: |
| District: | Relationship: | | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

550626v1

B1 (Official Form 1) (4/10)                                                                                                    Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**International Architectural Group, LLC** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X **/s/ Eric D. Goldberg**<br>Signature of Attorney for Debtor(s)<br>**Eric D. Goldberg (SBN 157544),**<br>Printed Name of Attorney for Debtor(s)<br>**member of**<br>**Stutman, Treister & Glatt Professional Corporation**<br>Firm Name<br>**1901 Avenue of the Stars, 12th Floor**<br>**Los Angeles, CA 90067**<br>Address<br><br>**Tel: 310-228-5600 Fax: 310-228-5788**<br>Telephone Number<br><br>Date  May 10, 2011<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br>**Jeffrey B. Park**<br>Printed Name of Authorized Individual<br>**Chief Financial Officer**<br>Title of Authorized Individual<br><br>Date  May 10, 2011 | Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

B1 (Official Form 1) (4/10)                                                                                          Page 4

## Attachment 1 to the Voluntary Petition

The following affiliates of the Debtor filed Voluntary Chapter 11 Petitions on January 4, 2010 in the U. S. Bankruptcy Court, District of Delaware and on December 1, 2010 the cases were closed:

| Debtors' Names | Case Nos. |
| --- | --- |
| International Aluminum Corporation | 10-10003-MFW |
| IAC Holding Co. | 10-10004-MFW |
| United States Aluminum Corporation | 10-10005-MFW |
| United States Aluminum Corporation -- Carolina | 10-10006-MFW |
| United States Aluminum Corporation – Illinois | 10-10007-MFW |
| United States Aluminum Corporation - Texas | 10-10008-MFW |
| RACO Interior Products, Inc. | 10-10009-MFW |
| General Window Corporation | 10-10010-MFW |
| International Extrusion Corporation - Texas | 10-10011-MFW |
| International Extrusion Corporation | 10-10012-MFW |
| International Window - Arizona, Inc. | 10-10013-MFW |
| International Window Corporation | 10-10014-MFW |

B1 (Official Form 1) (4/10)                                                                                          Page 5

# Attachment 2 to the Voluntary Petition

The following affiliated debtors are filing voluntary petitions simultaneously:

1. International Architectural Group, LLC;
2. International Architectural Products, Inc.;
3. United States Aluminum of Canada Limited; and
4. International Management Services Group, Inc.

# CERTIFICATE REGARDING RESOLUTIONS OF THE MEMBER/MANAGER OF INTERNATIONAL ARCHITECTURAL GROUP, LLC, A DELAWARE LIMITED LIABILITY COMPANY, AUTHORIZING FILING OF PETITION UNDER CHAPTER 7 OF THE BANKRUPTCY CODE

I, Richard E. Almy, do hereby certify:

1. That I am the duly elected and acting Chief Executive Officer ("CEO") of International Architectural Group, LLC, a Delaware limited liability company ("this Company").

2. That at a special meeting of the Members/Managers duly held on May 10, 2011, the following resolutions were duly enacted, and the same remain in full force and effect, without modifications as of the date hereof:

> **RESOLVED,** that the CEO or an Officer of this Company be and he is hereby authorized to determine, based on advice of counsel, whether it is desirable and in the best interests of this Company, its creditors, and other interested parties, that a petition be filed by this Company under the provisions of chapter 7 of the Bankruptcy Code.
>
> **FURTHER RESOLVED,** that, if the CEO or an Officer of this Company shall make such a determination, that a petition under said chapter 7 shall be filed as submitted by the CEO or Officer or any other Member/Manager of this Company, and the same hereby is approved and adopted in all respects, and each of said Managers/Members is hereby authorized and directed, on behalf of this Company, to execute and verify such petition and to cause the same to be filed with the United States Bankruptcy Court, Central District of California.
>
> **FURTHER RESOLVED,** that the CEO or an Officer, or any other Manager/Member of this Company be, and each of said Managers/Members hereby is, authorized to execute and file all petitions, schedules, lists and other papers and to take any and all action which the CEO or an Officer of this Company shall deem necessary and proper in connection with such proceedings under said chapter 7.

550646v1

I further declare under penalty of perjury under the laws of the State of California that the matters set forth in this Certificate are true and correct to my knowledge.

Dated: May 10, 2011

Managing Member of International Architectural Group, LLC

By: _____
Richard E. Almy

550646v1

| Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Eric D. Goldberg (SBN 157544)**<br>**Gregory K. Jones (SBN 181072)**<br>**Stutman, Treister & Glatt, P.C.**<br>**1901 Avenue of the Stars, 12th Floor**<br>**Los Angeles, CA 90067**<br>**(310) 228-5600 Fax: (310) 228-5788**<br>California State Bar Number:<br><br>*Attorney for Debtor* | |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br><br>**International Architectural Group, LLC,**<br><br>Debtor(s),<br>Plaintiff(s),<br>Defendant(s). | CASE NO.:<br>ADV. NO.:<br>CHAPTER:   7 |

## Corporate Ownership Statement Pursuant to
## FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, __Jeffrey B. Park_____, the undersigned in the above-captioned case, hereby declare
      *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:

    ☒ I am the president or other officer or an authorized agent of the debtor corporation

    ☐ I am a party to an adversary proceeding

    ☐ I am a party to a contested matter

    ☐ I am the attorney for the debtor corporation

2.a. ☒ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:  Levine Leichtman Capital Partners (12.15%) and Babson CLO Ltd. 2005-1 and affiliates (24.59%)

b. ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_____      May 10, 2011
Signature of Attorney or Declarant                              Date

**Jeffrey B. Park**
Printed Name of Attorney or Declarant

F 1007-4

550735v1

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    None.

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    None.

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **Concurrently herewith the Debtor's affiliates named below are filing chapter 7 petitions: International Architectural Products, Inc.; United States Aluminum of Canada Limited; and International Management Services Group, Inc.**

    **See attached page for additional information.**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    None.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   Monterey Park           , California.

Dated         May 10, 2011

*Jeffrey B. Park*
*Debtor*

_____
*Joint Debtor*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

F 1015-2.1

550742v1

The following affiliates of the Debtor filed Voluntary Chapter 11 Petitions on January 4, 2010 in the U. S. Bankruptcy Court, District of Delaware and on December 1, 2010 the cases were closed:

| Debtors' Names | Case Nos. |
|---|---|
| International Aluminum Corporation | 10-10003-MFW |
| IAC Holding Co. | 10-10004-MFW |
| United States Aluminum Corporation | 10-10005-MFW |
| United States Aluminum Corporation -- Carolina | 10-10006-MFW |
| United States Aluminum Corporation – Illinois | 10-10007-MFW |
| United States Aluminum Corporation - Texas | 10-10008-MFW |
| RACO Interior Products, Inc. | 10-10009-MFW |
| General Window Corporation | 10-10010-MFW |
| International Extrusion Corporation - Texas | 10-10011-MFW |
| International Extrusion Corporation | 10-10012-MFW |
| International Window - Arizona, Inc. | 10-10013-MFW |
| International Window Corporation | 10-10014-MFW |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

F 1015-2.1

550742v1

Verification of Creditor Mailing List - (Rev. 10/05)                                                         2005 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Eric D. Goldberg (SBN 157544)
Gregory K. Jones (SBN 181072)
Stutman, Treister & Glatt Professional Corporation
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Tel: 310-228-5600 / Fax: 310-228-5788

☒ Attorney for Debtor(s)

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years:<br><br>**International Architectural Group, LLC**<br>f/k/a International Aluminum Corporation | Case No.: |
| | Chapter:    7 |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __8__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:    May 10, 2011

_[signature]_
Jeffrey B. Park/Chief Financial Officer
Signer/Title

Date:    May 10, 2011

/s/ Eric D. Goldberg
Signature of Attorney
**Eric D. Goldberg, member of**
**Stutman, Treister & Glatt Professional Corporation**
**1901 Avenue of the Stars, 12th Floor**
**Los Angeles, CA 90067**
**(310) 228-5600 / Fax: (310) 228-5788**

550681v1

International Architectural Group LLC
767 Monterey Pass Rd
Monterey Park, CA 91754


Eric D Goldberg Esq
Stutman Treister and Glatt
1901 Avenue of the Stars 12th Fl
Los Angeles, CA 90067


United States Trustee
725 S. Figueroa Street
Suite 2600
Los Angeles, CA 90017

550647v1

BCM LLC Cascade Investment LLC
Attn David Elkins
201 South College Street  Ste 2400
Charlotte, NC  28244


BCM LLC Babson Cap Ln Strat Master Fund LP
Attn David Elkins
201 South College Street  Ste 2400
Charlotte, NC  28244


BCM LLC Babson CLO LTD 2003 I
Attn David Elkins
201 South College Street  Ste 2400
Charlotte, NC  28244


BCM LLC Babson CLO LTD 2005 I
Attn David Elkins
201 South College Street  Ste 2400
Charlotte, NC  28244


BCM LLC Babson CLO LTD 2004 I
Attn David Elkins
201 South College Street  Ste 2400
Charlotte, NC  28244


BCM LLC Babson CLO LTD 2004 II
Attn David Elkins
201 South College Street  Ste 2400
Charlotte, NC  28244


BCM LLC Babson CLO LTD 2005 II
Attn David Elkins
201 South College Street  Ste 2400
Charlotte, NC  28244

B Of A Merrill Lynch CIFC Funding 2007 II LTD
Attn Gene Vladimirov
540 W Madison St
Chicago, IL  60661


B Of A Merrill Lynch CIFC Funding 2007 III LTD
Attn Gene Vladimirov
540 W Madison St
Chicago  IL  60661


B Of A Securities LLC PPM Monarch Bay Fdg LLC
Attn Tara Kennedy
214 North Tryon Street NC1 027 14 01
Charlotte, NC  28255


BCM LLC Babson CLO LTD 2005 III
Attn David Elkins
201 South College Street  Ste 2400
Charlotte, NC  28244


BCM LLC Babson CLO LTD 2006 I
Attn David Elkins
201 South College Street  Ste 2400
Charlotte, NC  28244


BCM LLC Babson CLO LTD 2006 II
Attn David Elkins
201 South College Street  Ste 2400
Charlotte, NC  28244


BCM LLC Babson CLO LTD 2007 I
Attn David Elkins
201 South College Street  Ste 2400
Charlotte, NC  28244


BCM LLC Babson Credit Strategies CLO LTD
Attn David Elkins
201 South College Street  Ste 2400
Charlotte, NC  28244

BCM LLC Babson Mid Market CLO LTD 2007 II
Attn David Elkins
201 South College Street  Ste 2400
Charlotte, NC  28244


BCM LLC Bill and Melinda Gates Foundation Tr
Attn David Elkins
201 South College Street  Ste 2400
Charlotte, NC  28244


BCM LLC C M Life Insurance Company
Attn David Elkins
201 South College Street  Ste 2400
Charlotte, NC  28244


BCM LLC GMAM Group Pension Trust III
Attn David Elkins
201 South College Street  Ste 2400
Charlotte, NC  28244


BCM LLC Jefferies Finance CP Funding LLC
Attn David Elkins
201 South College Street  Ste 2400
Charlotte, NC  28244


BCM LLC JFIN CLO 2007 LTD
Attn David Elkins
201 South College Street  Ste 2400
Charlotte, NC  28244


BCM LLC Loan Strategies Funding LLC
Attn  Callie Moses
201 South College Street  Ste 2400
Charlotte, NC  28244


BCM LLC Massachusetts Mutual Life Insurance
Company
Attn David Elkins
201 South College Street  Ste 2400
Charlotte, NC  28244

BCM LLC Sapphire Valley CDO I, LTD
Attn David Elkins
201 South College Street  Ste 2400
Charlotte, NC  28244


Canadian Imperial Bank Of Commerce IAC
Attn Angela Tom
425 Lexington Ave
New York, NY  10017


DBT Co Americas Knightsbridge CLO 2007 1 Limited
Attn Rafael Gimarino
1761 E St Andrew Place
Santa Ana,  CA   92705


Deutsche Bank Genesis CLO 2007 1 LTD
Attn CLO Administration
1761 E. St Andrew Place
Santa Ana, CA  92705


Employment Development Department
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280 0001


Franchise Tax Board
Bankruptcy Section MS A 340
PO Box 2952
Sacramento, CA 95812 2952


Franchise Tax Board
Chief Counsel c o General Counsel Section
PO Box 1720 MS A 260
Rancho Cordova, CA 95741 1720


Highland Capital Mgmt LP Armstrong Loan Fdg LTD
Attn Data Team
13455 Noel Road  Ste 800
Dallas, TX  75240

Illinois Department of Employment Security
Benefit Payment Control Division
PO Box 4385
Chicago, IL 60680


Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664 0338


Internal Revenue Service
Attn Chief Insolvency
PO Box 17167 Stop 5730
Fort Lauderdale, FL 33318


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101 7346


Internal Revenue Service
Special Procedures Stop 5720
400 W Bay Street Suite 35045
Jacksonville, FL 32202


Invesco Senior Secured Mgmt Inc. Atlantis Fdg LTD
Attn Angela Gambardella
1166 Avenue of the Americas  26th Floor
New York, NY  10036 2789


Katonah 2007 I CLO LTD co U S Bank NA
Attn  Scott Holmes
One Federal Street  3rd Floor
Boston, MA  02110


Knightsbdge Clo 2008 1 Limited co The Bank of NY
Attn Stuart Stanford
601 Travis Street 17th Floor
Houston TX  77002


550647v1

Kohlberg Capital Funding LLC I co U S Bank NA
Attn  John Delaney Jr
One Federal Street  3rd Floor
Boston, MA  02110


Levine Leichtman Cap Partners Deep Value Fund LP
Attn  Karla J. Smith
335 N Maple Drive  Ste. 240
Beverly Hills, CA  90210


Lewis Maldonado
Office of Regional Counsel ORC 3
75 Hawthorne Street
San Francisco, CA 94105


Newstar  Loan Funding LLC
Attn Angelina Lynn
500 Boylston Street  Ste 1250
Boston, MA  02116


Newstar Credit Opportunities Funding II LTD
Attn  Courtney Brown
500 Boylston Street  Ste 1600
Boston, MA  02116


Newstar Trust 2005 1
Attn Angelina Lynn
500 Boylston Street  Ste 1250
Boston, MA  02116


PPM America Inc Serves 2006 1 LTD
Attn Linda Szarfinski
225 West Wacker Drive  Ste 1200
Chicago, IL 60606


Scotia Bank Ireland
Dextera
IFSC House, Custom House Quay
Dublin 1, Ireland


550647v1

Scotiabank
Turf Moor
IFSC House, Custom House Quay
Dublin1  Ireland


Securities Exchange Commission
5670 Wilshire Boulevard 11th Floor
Los Angeles, CA 90036


Union Bank N.A. International Aluminum Corp
Attn Timothy Hintz
445 So. Figueroa St
Los Angeles, CA 90071


US Environmental Protection Agency
Richard L. Nagle
US EPA Region 5 Mail Code: C 14J
Chicago, IL 60604

550647v1