| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| DAVID A. GILL (State Bar No. 032145)<br>mrobertson@dgdk.com<br>2029 Century Park East, Third Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 277-0077 Facsimile: (310) 277-5735<br>CHAPTER 7 TRUSTEE | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>INTERNATIONAL ARCHITECTURAL GROUP, LLC<br><br>Debtor(s). | CASE NO.: 2:11-bk-30486-RN |
|---|---|

## NOTICE OF SALE OF ESTATE PROPERTY

| Sale Date: June 21, 2011 | Time: 11:00 a.m. |
|---|---|
| Location: Intercontinental Los Angeles Century City 2151 Avenue of the Stars, Los Angeles, CA 90067 ||

Type of Sale:   ☒ Public    ☐ Private    Last date to file objections: June 14, 2011

Description of Property to be Sold:   Assets including: personal and real property, machinery and equipment, inventory, work in process, intellectual property, office furniture and real estate.

Terms and Conditions of Sale:   See Attached

Proposed Sale Price:  N/A

Overbid Procedure (If Any):   See Attached

If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:

Contact Person for Potential Bidders (include name, address, telephone, fax and/or e:mail address):

Brent Bonham
50 Monroe Ave., Suite 450
Grand Rapids, MI 49503
Telephone: (616) 732-1800 ext. 11
Email: bbonham@hilcoind.com

Date:  June 7, 2011

Notice of Sale of Estate Property

January 2009

F 6004-2

International Architectural Group, LLC
Case No. 2:11-bk-30486-RN

# ATTACHMENT TO NOTICE OF SALE OF ESTATE PROPERTY

## International Architectural Group, LLC and related entities

### Bidding and Sale Procedures

Set forth below are the bidding and sale procedures (the "Bidding Procedures") to be used with respect to the public auction (the "Auction") and sale (the "Sale") of the assets of International Architectural Group, LLC and its related entities, International Architectural Products, Inc., International Management Services Group, Inc. and United States Aluminum of Canada (together, the "Debtor" or "IAP") to be conducted by Hilco Industrial, LLC and Counsel RB Capital, LLC, the auctioneer and sales agent (the "Sales Agent") appointed by David A. Gill, acting in his capacity as the duly appointed Chapter 7 Trustee for the Debtor's estate pending in the Central District of California, Bankruptcy Case No's: 2:11-bk-30486-RN, 2:11-bk-30496-RN, 2:11-bk-30504-RN and 2:11-bk-30507-RN. CIBC, as the transfer agent for the lender group (together, the "Bank") has a first priority lien and security interest in and to all of the assets to be sold. The Sale will constitute a "free and clear" Sale of the Assets in accordance with 11 U.S.C. section 363 of the Federal Bankruptcy Code provided that the Bank's liens and security interests shall attached to the proceeds of the Assets with the same force, validity and effect. The Sales Agent, in the exercise of its business judgment, and after consulting with and receiving the consent of both the Trustee and the Bank, shall determine which Qualified Bidder(s) (as hereinafter defined) is deemed to have made the highest or otherwise best offers to purchase the assets (the "Successful Bidders"). The Bidding Procedures and Due Diligence Package (defined below) contain facts and information which are being provided for informational purposes only. Neither the Sales Agent, the Trustee, the Bank nor any of their respective directors, officers, managers, employees, agents, advisors or attorneys is making any factual representations, warranties or guaranties with respect to the title, ownership, warranty or condition of the assets to be sold. This sale is made by the Trustee in his official capacity as Trustee and there shall be no personal liability to him, his law firm and their respective agents and employees. At any time before or at the Auction, the Sales Agent, with the consent of both the Trustee and the Bank, may impose such other bidding procedures and terms and conditions, including minimum bids for each lot listed below as it may determine are in the best interests of the Seller and other parties in interest, and may modify or amend these procedures.

### Assets to Be Sold

The Sales Agent is offering for sale certain tangible and intangible personal property (together the "Assets"), in the lots or groups of lots set forth below in order to achieve the highest or otherwise best collective value for the Assets. The description of the lots and minimum bids related thereto are as follows:

1. Lot 1: <u>Bulk Bid.</u>    All of the Assets of the estate of IAP, including, but not limited to, the four (4) primary business units - (i) United States Aluminum Corporation; (ii) International Window Corporation; (iii) International Extrusion Corporation; and (iv) Raco Interior Products Group. The Assets of this lot include (i) trade and brand names and any other intellectual property owned by the Debtor; (ii) finished inventory; (iii) spare parts, (iv) returns, (v) work in process; (vi) owned and leased real property; (vii) software, office furniture and computers; and (viii) machinery, equipment, jigs, dies, moulds, rolling stock, warehouse and support equipment. A detailed description of the Assets included in this lot available in the Due Diligence Package (as hereinafter defined).

2. Lot 2: <u>Business Units.</u>   Any or all of the following business units: (i) United States Aluminum Corporation; (ii) International Window Corporation; (iii) International Extrusion Corporation; and (iv) Raco Interior Products Group. The Assets of each business unit includes (i) trade and brand names and any other intellectual property owned by the Debtor (ii) finished inventory; (iii) spare parts, (iv) returns, (v) work in process; (vi) owned and leased real property; (vii) software, office furniture and computers; and (viii) machinery, equipment, jigs, dies, moulds, rolling stock, warehouse and support equipment. A detailed description of the assets included in this lot is available in the Due Diligence Package.

Bids for individual sub-lots below will be permitted only if the Sales Agent determines, with consent of both the Trustee and the Bank, that the total of the qualified high bids for the aggregate of the sub-lots exceeds the qualified high bid for Lot 1 or 2, if any. Although the Sales Agent currently intends to offer for sale the Assets in the lots described above or below (subject to the condition set forth in the immediately preceding sentence), the Sales Agent reserves the right, upon receipt of the Trustee's and the Bank's consent, to offer the Assets for sale in other lots not described herein, and to offer packages of lots in such combinations as the Sales Agent determines, in the exercise of its business judgment, and upon receipt of both the Trustee's and the Bank's consent, that will result in the highest or otherwise best collective value for the Assets.

3. Lot 3: <u>Individual Manufacturing Facilities.</u>   Any or all of the following manufacturing facilities (each, a "Facility"): (i) Waxahachie, TX – includes real estate, machinery and equipment and inventory; (ii) Vernon, CA – includes machinery and equipment and inventory. Real estate is available for lease; (iii) South Gate, CA - includes machinery and equipment and inventory. Real estate is available for lease; (iv) Hayward, CA - includes machinery and equipment and inventory. Real estate is available for lease; (v) Chicago, IL - includes machinery and equipment and inventory. Real estate is available for lease; (vi) Langley, British Columbia - includes machinery and equipment and inventory. Real estate is available for lease; and (vii) Rock Hill, SC - - includes machinery and equipment and inventory. Real estate is available for lease. A detailed description of the assets included in this lot is available in the Due Diligence Package.

4. Lot 4: <u>Inventory.</u>   All of the inventory assets, including finished inventory, work in process, spare parts, returns and raw materials where ever located. A detailed description of the finished inventory assets included in this lot is available in the Due Diligence Package.

5. Lot 5: <u>Machinery & Equipment.</u>   All of the machinery, equipment, rolling stock, warehouse and support equipment, office equipment and furnishings located at the manufacturing facilities and corporate headquarters. A description of the assets included in this lot is available in the Due Diligence Package.

6. Lot 6: <u>Office Furniture & Computer Equipment located at Corporate Headquarters.</u> All of the office furniture, computer equipment, software and related personal property assets located at Debtor's headquarters in Monterey Park, California. A description of the assets included in this lot is available in the Due Diligence Package.

7. Lot 7. <u>Real Property.</u> (i) Real property located in Waxahachie, TX and commonly known as Debtor's campus; and (ii) certain farmland acreage adjacent to the Waxahachie, TX campus. A description of the assets included in this lot is available in the Due Diligence Package.

8. Lot 8. <u>Combinations.</u> Any combinations of the lots described above as may be designated by a Qualified Bidder; provided that combination offers will be permitted subject to the Sales Agents consent and upon the receipt of consent from both the Trustee and the Bank. The Minimum Bid for any combination of lots must equal at least the total of the "Minimum Bids" for each individual lot contained in such combination bid.

### Excluded Assets

Anything herein to the contrary notwithstanding, the Trustee shall retain and shall not sell, convey or transfer, assign or deliver any interest in the following assets of the Debtor (the "Excluded Assets"):

- Any of Debtor's cash and cash equivalents whatsoever, whether on hand, in banks or elsewhere.
- All accounts, accounts receivable, contract rights to payment, notes or notes receivable owing from affiliated companies.
- All causes of action or pending actions of Debtor against third parties.
- All deposits of Debtor, including, but not limited to, all deposit accounts and securities accounts and any funds, securities or other items maintained therein.
- All supplier rebates and credits, insurance refunds, policies or proceeds, tax refunds or other tax benefits.
- Any and all incorporation documents, corporate minutes, financial records, legal records, income tax returns and any other documentation necessary for the estate of Debtor.
- U.S. and Canadian tax net operating losses of Debtor.

### Reservation of Rights

The Sales Agent reserves the right, upon receipt of both the Trustee's and the Bank's consent, to enter into agreements for the Sales of Assets, individually or as part of a group, without further notice to any party until 24 hours before the commencement of the Auction, which agreements, if any, shall be subject to higher or otherwise better bids at the Auction. The Sales Agent may offer in such agreements termination fees or other forms of bid protection as consented to by both the Trustee and the Bank and described below.

### Due Diligence Package & Inspection

To participate in the Bidding Process, each person must request a due diligence package (the "Due Diligence Package"). The Due Diligence Package contains, among other things, a description of the Assets included in the Sale. All requests should be made to: Brent Bonham @ 616-451-6728 or Bbonham@hilcoind.com. Inspections of the Assets can also be scheduled by contacting Brent Bonham. Bidders are advised to exercise their own discretion with respect to the inspection of the Assets and any bid(s) tendered.

3

### Bidder Pre-Qualification and Bid Deadline

All potential bidders must pre-qualify in order to participate and bid at the Auction and be designated as a Qualified Bidder. After receipt of the Due Diligence Package, an interested person must pre-qualify to bid at the Auction by delivering to the Sales Agent (specifically, Brent Bonham) the following:

(i) A good faith deposit equal to ten percent (10%) of the bidder's intended opening bid ("Good Faith Deposit"). The deposit must be in the form of a certified check, made out to the Trustee or via wire transfer. Wire instructions can be requested by contacting Brent Bonham.

(ii) A form of financial disclosure acceptable to the Sales Agent and its advisors and the Trustee and the Bank demonstrating such potential bidder's ability to close a proposed transaction in cash. There will be no Seller or Bank financing for any of the Lots or sub-lots.

(iii) Bids for Lot 1 must include an executed Memorandum of Sale in the form provided by the Sales Agent in the Due Diligence Package, which form shall be acceptable in form to the Trustee and the Bank. The Memorandum of Sale, or the documentation submitted by the bidder in connection therewith, must (a) clearly set forth the purchase price to be paid, (b) include a list of all executory contracts and unexpired leases that are to be assumed and assigned to the bidder as part of the purchase, (c) fully disclose (i) the identity of each entity that will be bidding for the Assets or otherwise participating in connection with such bid, (ii) the terms of any such participation, and (iii) if an entity has been formed for the purpose of acquiring some, or all, of the Assets, the parties that will bear liability for any breach by such entity, and the financial capacity of such parties to satisfy such liability, and (d) state that the bidder agrees and acknowledges that it is bound by, and that the Memorandum of Sale is subject to, these Bidding Procedures.

A bid may not contain any financing, diligence or "material adverse change" contingencies and the bid of any Successful Bidder (defined below) will be binding whether or not (i) the Successful Bidder (or Backup Bidder (as defined below), if applicable) has obtained financing or exhausted diligence or (ii) a "material adverse change" has occurred.

**All potential bidders must submit the foregoing items (including the Good Faith Deposit) to the Sales Agent, by no later than 4:00 p.m. (Prevailing Pacific Time) on June 15, 2011 (the "Bid Deadline").**

All documents, bids, financial information and any other pre-qualification information submitted by a potential bidder will be held by the Sales Agent in a confidential manner and the Sales Agent shall not release such documents, bids, or other information to any person or entity unless compelled to do so by final, unappealed order of a court of competent jurisdiction, provided that the Sales Agent shall distribute copies of such documents, bids, and other financial information on the same confidential basis to the Trustee and the Bank. The Sales Agent, with the consent of both the Trustee and the Bank, may extend the bid deadline once or successively, but is not obligated to do so.

4

### Bid Protection

The Sales Agent may (but is not required to) offer, with the consent of both the Trustee and the Bank, a termination or break-up fee, expense reimbursement or other incentives (the "Bid Protection") to induce a potential bidder to make a Qualified Bid prior to the Auction; provided, however, that in no event shall more than one Bid Protection be offered as to each lot of Assets; provided further that if a Bid Protection has been offered in connection with a bid on Lot 1, the Sales Agent may not offer or agree to any other Bid Protection on Lot 1 or any other lots. Such Bid Protections shall only be payable if (a) a higher or otherwise better offer is made at the Auction by another bidder which results in a Sale that closes and (b) the party to whom such Bid Protection was provided (i) was not in default of any of its obligations to the Sales Agent and the Trustee; and (ii) was otherwise ready, willing and able to close on its proposed transaction at its initial bid. No party will be entitled to a Bid Protection without (z) a written agreement signed by the Sales Agent and the Qualified Bidder which agreement explicitly sets forth the terms of such protection and (y) the prior consent of both the Trustee and the Bank.

### Credit Bidding / Reserve Prices

At any time prior to the conclusion of the Auction, the Bank may submit, pursuant to section 363(k) of the Federal Bankruptcy Code, a credit bid consisting of all or a portion of it claims against the Debtor towards the purchase of all or a portion of the Asset. To the extent it submits a credit bid, the Bank shall be considered a Qualified Bidder. Prior to the commencement of the Auction, the Bank also shall be permitted to designate reserve prices for all or any portion of the Assets. Unless otherwise provided in any cash collateral order approved by the Bankruptcy Court, the Bank may not assert any of the consent rights or consultation rights provided to it in these Bidding Procedures until such time that (i) the Bank notifies the Sales Agent and the Trustee that it will not submit a bid (including any credit bid) or, (ii) if the Bank already has submitted a bid (including any credit bid), the Bank notifies the Sale Agent and the Trustee that it will no longer participate in the Auction.

### "As Is Where Is"

The Assets are being sold, (i) **"AS IS, WHERE IS, AND WITH ALL FAULTS,"** and otherwise to include any disclaimers of warranty, including but not limited to disclaimers of the warranties of merchantability and fitness for a particular purpose or use, and (ii) **"THERE IS NO WARRANTY RELATING TO QUIET ENJOYMENT, OR THE LIKE IN THE DISPOSITION OF ANY OF THE ASSETS."** Bidders are hereby advised, and by submitting a bid each Bidder is deemed to acknowledge, that the Sales Agent, the Trustee, the Bank and each of their respective directors, officers, managers, employees, agents, advisors or attorneys have no knowledge with respect to, and have no obligation to investigate, the merchantability or fitness for any particular purpose or use of any of the Assets. **NO WARRANTY OR REPAIR PROGRAM FOR THE ASSETS IS BEING OFFERED AS PART OF THE SALE.**

Each Bidder shall be deemed to acknowledge and represent that it has had an opportunity to inspect and examine the Assets and to conduct any and all due diligence regarding the Assets prior to making its offer, that it has relied solely upon its own independent review, investigation and/or inspection of any documents and/or Assets in making its bid, and that it did not rely upon any written or oral statements, representations, promises, warranties or guaranties whatsoever, whether express, implied, by operation of law or otherwise, regarding the Assets or the completeness of any information provided in connection therewith or the Sale. The Bidder(s) hereby relinquish their rights to conduct any further due diligence with respect to the Assets or determine their condition or fitness for any particular use(s). The Trustee has not inspected and will not inspect the Assets to determine their condition or fitness for use for any particular purpose.

### Auction Sale

The Sales Agent shall conduct a live public Auction sale of the Assets **at 11:00 a.m. (Prevailing Pacific Standard Time) on June 21, 2011** in Los Angeles, CA (venue will be identified on the Sale Agent's website), or such later time or other place as the Sales Agent shall notify all Qualified Bidders subject to the consent of the Bank and Trustee. Only a Qualified Bidder who has previously submitted a Qualified Bid will be eligible to participate at the Auction. At the time of the Auction, no bid will be deemed to be a Qualified Bid if it contains any contingencies which have not been previously approved in writing by the Sales Agent, the Trustee and the Bank.

With respect to each Lot or sub-lot of Lot 3, the Sales Agent will commence the open bidding at the Auction with the highest bid (the "Initial Bid") submitted by the Bid Deadline (unless subsequently extended by the Sales Agent), or with the Minimum Bid. After publicly announcing the Initial Bid at the start of the Auction on each Lot, the Sales Agent will accept competing bids from Qualified Bidders in intervals of $50,000 for Lot 1 and Lot 2 and in intervals of $25,000 for Lots 3-8 (the "Minimum Overbid Amount"), unless the Sales Agent, in consultation with the Trustee and the Bank, announces a different bidding interval before the start of a round of bidding on a Lot or sub-lot; provided, however, that any bid submitted at the Auction that is competing with an Initial Bid for which the Sales Agent has agreed to provide a Bid Protection must exceed such Initial Bid by an amount at least equal to the Bid Protection plus the applicable Minimum Overbid Amount.

The Sales Agent may offer the Assets in such lots in such successive rounds as the Sales Agent in consultation with the Trustee and the Bank, determines to be appropriate so as to obtain the highest or otherwise best bid or combination of bids for the Assets. In the event of any dispute regarding the application of the procedures or the identification of which of two simultaneous or nearly simultaneous bidders is the high bidder, the Sales Agent's decision, in consultation with the Trustee and the Bank, shall be final. The Bankruptcy Court for the Central District of California shall retain jurisdiction to interpret and enforce any and all disputes regarding the Bidding and Sale Procedures and sale of Assets.

Upon conclusion of the Auction, the Sales Agent, the Trustee and the Bank, shall (i) review each bid made by a Qualified Bidder on the basis of financial and contractual terms and the factors relevant to the sale process including those factors affecting the speed and certainty of consummating the Sale, and (ii) identify the Successful Bidder(s) and Backup Bidder(s) (as defined below).

### Acceptance of Successful Bid(s)

At the conclusion of the Auction, the Sales Agent will certify the winning bids and notify the Successful Bidder(s) and the Backup Bidder(s). Each Sale of Assets shall be closed within two (2) business days of the conclusion of the Auction or by such other deadline agreed to by the Sales Agent and consented to by both the Trustee and the Bank (the "Closing Deadline"). At the closing of the Sale of any Asset, the purchaser shall pay the Sales Agent with a certified check, bank check or wire transfer for the full outstanding cash balance of the purchase price drafted in favor of the Trustee and a separate certified check, bank check or wire transfer to the Sales Agent for the amount due to the Sales Agent in accordance with the Sales Agent's engagement letter filed and approved by the Bankruptcy Court. The Trustee shall then distribute proceeds of all sales in accordance with the "cash collateral" order entered by the Bankruptcy Court. The Bidders sole remedy in the event that a sale fails to close as a result of the Seller's refusal or inability to close shall be a refund of the monies deposited by the Bidder.

### Asset Removal Deadline

Any Successful Bidder that is purchasing any of the Debtors' personal property Assets shall be required to remove such purchased Assets immediately and by no later than the deadline posted at the Sale (the "Asset Removal Deadline"). Any requests for extension of the Asset Removal Deadline must be tendered directly to the landlord(s) for the Facilities and any and all expenses of the Debtor, the Bank or the Trustee resulting from such extension shall be borne by the Successful Bidder purchasing the related Assets and are subject to the consent of the Trustee and the Banks. Any Successful Bidder shall be solely responsible for any and all fees, costs and expenses associated with any purchased Asset on and immediately after the Closing Deadline, including, without limitation, any costs and expenses attributable to rent and related expenses for the period of time following the Closing Deadline (regardless of when payment of such rent or related expenses is due pursuant to any applicable lease) and any fees and expenses of the Debtor, the Trustee and the Banks incurred in connection with such Asset following the Closing Deadline.

### Customs & Taxes

Purchasers of the Assets shall be solely responsible for paying any Customs duties and taxes due and owing on any of the Assets, including, but not limited to, any sales taxes or transfer taxes.

### Liquidated Damages

The Trustee will retain as Liquidated Damages, the Good Faith Deposit of any Successful Bidder which fails to close the transaction by the applicable Closing Deadline. In that event, the next highest or otherwise best Qualified Bid ("Backup Bid"), as identified at the Sale, shall be deemed to be the Successful Bidder and the Sales Agent shall be authorized to effectuate such sale. Bidders that have submitted the Backup Bids ("Backup Bidders") may be required to purchase the relevant Lot or sub-lot at the Backup Bid amount if requested to do so by the Sales Agent within 75 days of the conclusion of the Auction with respect to Lot 1 and within 30 days of the conclusion of the Auction with respect to

Lots 2-8. Failure of the Backup Bidder to close on the transaction as if it were the Successful Bidder shall subject it to forfeiture of its Good Faith Deposit and its retention by the Trustee.

### Return of Good Faith Deposit

Good Faith Deposits of all Qualified Bidders, other than the Successful Bidders and the Backup Bidders, shall be returned to Bidders within five (5) business days following the conclusion of the Auction.

### Modifications

The Sales Agent may determine, in its business judgment, but only upon the receipt of both the Trustee's and the Bank's consent, which Qualified Bid(s), if any, is the highest or otherwise best offer; and may reject at any time, any bid that, in the Sales Agent's sole discretion, but subject to both the Trustee's and the Bank's consent, is (i) inadequate or insufficient, (ii) not in conformity with the requirements of the Bidding Procedures, or the terms and conditions of sale, or (iii) contrary to the best interests of the Trustee or the Bank. At any time before or at the Auction, and subject to the consent of both the Trustee and the Bank, (i) the Sales Agent may impose such other bidding procedures and terms and conditions as it may determine are in the best interests of the Seller and other parties in interest, and (ii) the Sales Agent may modify or amend these procedures.