| | |
|---|---|
| 1 | RICHARD K. DIAMOND (State Bar No. 070634) |
|   | rdiamond@dgdk.com |
| 2 | STEVEN J. SCHWARTZ (State Bar No. 200586) |
|   | sschwartz@dgdk.com |
| 3 | DANNING, GILL, DIAMOND & KOLLITZ, LLP |
|   | 2029 Century Park East, Third Floor |
| 4 | Los Angeles, California 90067-2904 |
|   | Telephone: (310) 277-0077 |
| 5 | Facsimile: (310) 277-5735 |

**FILED & ENTERED**

**JUN 15 2011**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY pickett    DEPUTY CLERK**

[Proposed] Attorneys for David A. Gill,
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

In re

INTERNATIONAL ARCHITECTURAL GROUP, LLC,

  Debtor.

☒  Affects all Debtors

☐  Affects the following Debtor(s):

Case No. 2:11-bk-30486-RN
Case No. 2:11-bk-30496-RN
Case No. 2:11-bk-30504-RN
Case No. 2:11-bk-30507-RN

Chapter 7

Jointly Administered Cases

**ORDER GRANTING TRUSTEE'S MOTION FOR THE ENTRY OF AN ORDER (A) APPROVING PROCEDURES FOR SALE OF ESTATE PROPERTY; (B) APPROVING THE TERMS OF EMPLOYMENT OF THE AUCTIONEER/SALES AGENT; (C) SCHEDULING AN AUCTION FOR THE SALE; (D) AUTHORIZING THE SALE FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS WITHOUT FURTHER HEARING**

Hearing:
Date:  June 7, 2011
Time:  2:00 p.m.
Ctrm:  1645
       255 E. Temple St.
       Los Angeles, CA 90012
Proposed Auction:
Date:  June 21, 2011
Time:  11:00 a.m.
Place: Intercontinental Hotel
       2151 Avenue of the Stars
       Los Angeles, California 90067

-1-

370769.1 [XP]    1130496A

1  There came on duly to be heard before the undersigned bankruptcy judge in his courtroom on June 7, 2011, the Trustee's Motion For The Entry Of An Order (A) Approving Procedures For Sale Of Estate Property; (B) Approving The Terms Of Employment Of The Auctioneer/Sales Agent; (C) Scheduling An Auction For The Sale; (D) Authorizing The Sale Free And Clear Of Liens, Claims, Encumbrances And Interests Without Further Hearing; And (E) Granting Related Relief; Memorandum Of Points And Authorities; Declaration Of David A Gill; Declarations Of Auctioneers/Sales Agents Re Disinterestedness (the "Sale Motion"). Appearances were as noted on the record. The Court has considered the Sale Motion and its supporting Declarations and Exhibits. It appears that the form and manner of service was appropriate.

IT IS ORDERED:

1. The Proposed Bidding and Sales Procedures set forth in Exhibit "A" to the Declaration of David A. Gill filed in support of the Sale Motion (the "Trustee's Declaration") are approved;

2. The employment of Hilco Industrial, LLC, Hilco Real Estate LLC and Counsel RB Capital LLC (collectively, "the Sales Agent") on the terms set forth in Exhibit "B" to the Trustee's Declaration, are approved;

3. The Court approves the conduct of an auction sale of property of the above-captioned estates by the Sales Agent, on June 21, 2011 at 11:00 a.m., to take place at the Intercontinental Hotel, 2151 Avenue of the Stars, Los Angeles, California 90067 (the "Auction") or such other date(s), time(s) and place(s) as may be announced at said Auction or as to which advance notice is given to those entitled thereto;

4. The auction sale shall be as is and where is, with no representations or warrantees, free and clear of all liens, claims, interests and encumbrances, pursuant to sections 105 and 363(b),(f),(h) and (m) of the Bankruptcy Code without further hearing;

5. To the extent that the sales procedures approved herein may be inconsistent with the provisions of Local Rule 6004-1(c) and (d), the Court has the power to and does hereby supersede the same;

///

2

370769.1 [XP]    1130496A

1      6.    The Court approves the form of the notice of the Auction and Sale, and the manner

2 of service of same.  Without limitation, the notice shall include the following:  (a) service of the

3 Sale Motion already accomplished via regular mail by June 3, 2011 on all creditors, (b) service of

4 the Sale Motion on the secured creditors, the twenty largest unsecured creditors, the landlords, the

5 prospective bidders and interested parties and the United States Trustee by e-mail (for those who

6 have consented to NEF service), facsimile and/or overnight mail, which has already been

7 accomplished on June 3, 2011, and (c) advertising the auction date and time in the Wall Street

8 Journal, National and on-line editions and/or such other publications and internet sites as the

9 Auctioneer/Sales Agent deems necessary or appropriate, including but not limited to the website of

10 Danning, Gill, Diamond & Kollitz, LLP and the Clerk of this Court;

11      7.    The Trustee is authorized to abandon such Assets as are not sold at the Auction and

12 which the Trustee determines, in his business judgment, are burdensome and of inconsequential

13 value or benefit to the estates, by serving notice of abandonment upon the secured creditors, parties

14 requesting special notice, the United States Trustee, and the landlord for each location in which

15 Assets are to be abandoned;

16      8.    Notwithstanding anything herein to the contrary, nothing in this order shall:

17 (a) release any person or entity from any claim by any applicable landlord for damages caused by

18 or in connection with the purchase or removal of the Debtors' property from the landlords'

19 premises, nor shall anything with this Order create or establish any such claim; (b) entitle the

20 Trustee to sell any property that is not property of the Debtors; or (c) release, to the extent, if any,

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

3

370769.1 [XP]    1130496A

1  otherwise in existence, any claims against the Trustee, the Debtors' estates, or the lenders or any
2  other person or entity based on or related to any property of the Debtors abandoned pursuant to this
3  Order.

4                                                            ###

25  DATED: June 15, 2011

        United States Bankruptcy Judge

4

370769.1 [XP]        1130496A

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2029 Century Park East, Third Floor, Los Angeles, California 90067-2904

A true and correct copy of the foregoing document described as **ORDER GRANTING TRUSTEE'S MOTION FOR THE ENTRY OF AN ORDER (A) APPROVING PROCEDURES FOR SALE OF ESTATE PROPERTY; (B) APPROVING THE TERMS OF EMPLOYMENT OF THE AUCTIONEER/SALES AGENT; (C) SCHEDULING AN AUCTION FOR THE SALE; (D) AUTHORIZING THE SALE FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS WITHOUT FURTHER HEARING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:** On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 8, 2011** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Served By Personal Delivery**
Hon. Richard M. Neiter, U.S. Bankruptcy Court, 255 E. Temple Street, Los Angeles, CA 90012 (bin outside of Ste. 1652)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 6/8/2011 | Barbara Souder | /s/ Barbara Souder |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                                                                       **F 9013-3.1.PROOF.SERVICE**
370769.1 [XP]        1130496A

**NOTE TO USERS OF THIS FORM:**
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and persona/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING TRUSTEE'S MOTION FOR THE ENTRY OF AN ORDER (A) APPROVING PROCEDURES FOR SALE OF ESTATE PROPERTY; (B) APPROVING THE TERMS OF EMPLOYMENT OF THE AUCTIONEER/SALES AGENT; (C) SCHEDULING AN AUCTION FOR THE SALE; (D) AUTHORIZING THE SALE FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS WITHOUT FURTHER HEARING** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.    SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **June 8, 2011** the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

Deana M Brown    dbrown@milbank.com
Richard K Diamond    rdiamond@dgdk.com
David A Gill (TR)    mlr@dgdk.com, dgill@ecf.epiqsystems.com
<u>Attorney for Debtor</u>: Eric D Goldberg    egoldberg@stutman.com
Susan I Montgomery    susan@simontgomerylaw.com
Christopher O Rivas    crivas@reedsmith.com
Steven J Schwartz    sschwartz@dgdk.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Andrea M Valdez    avaldez@fulbright.com

☐ Service information continued on attached page

**II.    SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III.    TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                 **F 9021-1.1.NOTICE.ENTERED.ORDER**
370769.1 [XP]        1130496A