1  RICHARD K. DIAMOND (State Bar No. 070634)
   rdiamond@dgdk.com
2  ROBERT A. HESSLING (State Bar No. 096466)
   rhessling@dgdk.com
3  STEVEN J. SCHWARTZ (State Bar No. 200586)
   sschwartz@dgdk.com
4  DANNING, GILL, DIAMOND & KOLLITZ, LLP
   2029 Century Park East, Third Floor
5  Los Angeles, California 90067
   Telephone: (310) 277-0077
6  Facsimile: (310) 277-5735

7  Proposed Attorneys for David A. Gill,
   Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| In re | ) Case No. 2:11-bk-30486-RN |
|---|---|
|  | ) Case No. 2:11-bk-30496-RN |
| INTERNATIONAL ARCHITECTURAL | ) Case No. 2:11-bk-30504-RN |
| GROUP, LLC, | ) Case No. 2:11-bk-30507-RN |
|  | ) |
| Debtor. | ) Chapter 7 |
|  | ) |
|  | ) Jointly Administered Cases |
| ☐   Affects all Debtors | ) |
|  | ) |
| ☒   Affects the following Debtor(s): | ) **CHAPTER 7 TRUSTEE'S STATEMENT** |
|  | ) **OF NON-OPPOSITION TO MOTION** |
|  | ) **FOR RELIEF FROM THE AUTOMATIC** |
|  | ) **STAY FILED BY HOUGHTON METAL** |
| INTERNATIONAL ARCHITECTURAL | ) **FINISHING COMPANY** |
| PRODUCTS, INC. | ) |
|  | ) Date: July 5, 2011 |
|  | ) Time: 9:00 a.m. |
|  | ) Ctrm: "1645" |
|  | )        255 East Temple Street |
|  | )        Los Angeles, California |
|  | ) |

-1-

371048.01 [XP]    1130496A COBBLESTONE HOMES, ET AL.

1  David A. Gill, the Chapter 7 Trustee (the "Trustee") for the
2  Estate of International Architectural Group, LLC (the "Debtor"),
3  hereby states that he has no opposition to the Motion for Relief
4  from the Automatic Stay filed by Houghton Metal Finishing Company
5  [Docket No. 63].

7  Dated: June 2\[?\], 2011          DANNING, GILL, DIAMOND & KOLLITZ, LLP

                        By:  _____
                             ROBERT A. HESSLING
                             Attorneys for David A. Gill,
                             Chapter 7 Trustee

-2-

7y@w01!.DOCY COBBLESTONE HOMES, ET AL.

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

2029 Century Park East, Third Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as **CHAPTER 7 TRUSTEE'S STATEMENT OF NON-OPPOSITION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED BY HOUGHTON METAL FINISHING COMPANY** was served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 21, 2011** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **June 21, 2011** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 21, 2011** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 21, 2011 | MAYRA DURAN | /s/ Mayra Duran |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*

**F 9013-3.1.PROOF.SERVICE**

371048.01 [XP]    1130496A

**ADDITIONAL INFORMATION IF NEEDED:**

I. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**</u>

Natalia N Bautista    nataliab@rac-law.com
Erin N Brady    enbrady@jonesday.com
Deana M Brown    dbrown@milbank.com
Richard K Diamond    rdiamond@dgdk.com
John P Dillman    houston_bankruptcy@publicans.com
Robert K Edmunds    robert.edmunds@bipc.com, timothy.palmer@bipc.com;karolin.sickles@bipc.com
David A Gill (TR)    mlr@dgdk.com, dgill@ecf.epiqsystems.com
Eric D Goldberg    egoldberg@stutman.com
Jay W Hurst    jay.hurst@oag.state.tx.us, sherri.simpson@oag.state.tx.us
Robert B Kaplan    rbk@jmbm.com
Jordan D Mazur    bankruptcycourtnotices@unioncounsel.net
Robert D Nachman    robert.nachman@bfkn.com
Shai S Oved    ssoesq@aol.com
Christian L Raisner    bankruptcycourtnotices@unioncounsel.net, craisner@unioncounsel.net
Christopher O Rivas    crivas@reedsmith.com
Steven J Schwartz    sschwartz@dgdk.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Andrea M Valdez    avaldez@fulbright.com
Richard J Wallace    richard.wallace@solidcounsel.com

II. <u>**SERVED BY U.S. MAIL**</u>

- Attorney for Houghton Metal Finishing Company, Robert K. Edmunds, Esq., Buchanan, Ingersol & Rooney LLP, 600 West Broadway, Ste 1100, San Diego, CA 92101

III. <u>**SERVED BY PERSONAL DELIVERY**</u>
- Honorable Richard M. Neiter, U.S. Bankruptcy Court, 255 E. Temple Street-Bin Outside of Suite 1652, Los Angeles, CA 90012

III. <u>**SERVED BY EMAIL**</u>

- Attorney for Houghton Metal Finishing Company, Robert K. Edmunds, Esq., robert.edmunds@bipc.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                              **F 9013-3.1.PROOF.SERVICE**

371048.01 [XP]    1130496A