1  RICHARD K. DIAMOND (State Bar No. 070634)
   rdiamond@dgdk.com
2  STEVEN J. SCHWARTZ (State Bar No. 200586)
   sschwartz@dgdk.com
3  DANNING, GILL, DIAMOND & KOLLITZ, LLP
   2029 Century Park East, Third Floor
4  Los Angeles, California 90067
   Telephone: (310) 277-0077
5  Facsimile: (310) 277-5735

6  Proposed Attorneys for David A. Gill,
   Chapter 7 Trustee
7

8             UNITED STATES BANKRUPTCY COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10                 LOS ANGELES DIVISION

11  In re                           ) Case No. 2:11-bk-30486-RN
                                     )
12  INTERNATIONAL ARCHITECTURAL      ) Chapter 7
    GROUP, LLC,                      )
13                                   ) Jointly Administered Cases
              Debtor.               )
14                                   )
                                     )
15  _____ )
                                     )
16  ☒    Affects all Debtors         ) REPORT OF DAVID A. GILL,
                                     ) CHAPTER 7 TRUSTEE RE:
17  ☐    Affects the following       ) ALLOCATION OF PROCEEDS OF SALE
    Debtor(s):                       ) OF CERTAIN PROPERTY OF THE
18                                   ) DEBTORS; DECLARATIONS OF BRENT
                                     ) BONHAM AND NEIL MINIHANE
19                                   )
                                     )
20                                   ) Date:  June 29, 2011
                                     ) Time:  2:30 p.m.
21                                   ) Place: U.S. Bankruptcy Court
                                     )        Courtroom "1645"
22                                   )        255 E. Temple St.
                                     )        Los Angeles, CA 90012
23                                   ) Judge: Richard M. Neiter
                                     )
24                                   )
                                     )
25                                   )
                                     )
26                                   )
                                     )
27                                   )
                                     )
28  _____ )

                        1

1  **TO THE HONORABLE RICHARD M. NEITER, UNITED STATES BANKRUPTCY**

2  **JUDGE; AND INTERESTED PARTIES:**

3      I, David A. Gill, Chapter 7 Trustee (the "Trustee") in the

4  bankruptcy cases of International Architectural Group, LLC (2:11-

5  bk-30486-RN)("IAG"), International Architectural Products, Inc.

6  (2:11-bk-30496-RN)("IAP"), International Management Services

7  Group, Inc. (2:11-bk-30504-RN)("ISMG") and United States Aluminum

8  of Canada (2:11-bk-30507-RN)("USAC" or the "Canadian Debtor")

9  (collectively, the "Cases"), hereby report as follows:

10      1.   On June 21, 2011 at 11:00 a.m., an auction was held in

11  accordance with the sale procedures approved by this Court. At

12  said auction, Universal Molding Company, Inc. ("Buyer") emerged as

13  the highest and best bidder for all of the property proposed to be

14  sold.

15      2.   On June 22, 2011, I filed a Motion for an Order

16  confirming the sale to Buyer, free and clear of liens and for a

17  good faith finding pursuant to 11 U.S.C. § 363(m) (the "Sale

18  Motion").  The details of the proposed sale are as set forth in

19  Exhibit "A" to my declaration filed in support of the Sale Motion.

20  Without limiting those terms, essentially, Buyer will purchase for

21  $8,000,000 (the "Purchase Price"), substantially all of the assets

22  of the Debtors, except for cash, accounts receivable, causes of

23  action (including avoidance power claims), tax refunds and certain

24  real property located in Alhambra, California (the "Sold Assets").

25  Assuming that the sale is consummated and the Court approves the

26  Report of Auctioneers to be filed, there will be paid out of said

27  Purchase Price, a commission of 5% of the gross sales price and

28

2

1   expenses of up to $100,000.  Accordingly, it is expected that the

2   debtor estates will net approximately $7,500,000.

3       3.   On June 22, 2011, at 2:00 p.m., a hearing was held on my

4   motion for entry of Final Order Authorizing Limited Use of Cash

5   Collateral and Additional Credit By Trustee and Granting

6   Protections to Secured Parties (the "Cash Collateral Hearing").

7       4.   In response to certain objections submitted in oral

8   argument by ALUM LANDLORD (DE) QRS 16-105, INC. and ALUM (ALBERTA)

9   ULC (collectively, "Landlords"), the Court stated its desire that

10  I submit to the Court, at this time, my proposed allocation of the

11  sale proceeds, the principal concern appearing to be the

12  allocation as between USAC, the Canadian Debtor, whose assets are

13  not subject to the liens of the Lenders and thus which proceeds

14  thereof are not part of the cash collateral which I seek to use

15  pursuant to the Final Order, and IAG, IAP and ISMG (collectively,

16  the "U.S. Debtors") whose assets are fully encumbered by the

17  security interests of the Lenders.

18      5.   My goal from the outset of the liquidation process has

19  been to maximize the value of the Assets for each of the Debtors

20  through an auction of substantially all of the Debtors' Assets

21  that would generate the greatest amount of interest among

22  prospective purchasers including the Debtors' competitors and

23  other industry players.  I believe that through the auction sale

24  to Buyer for $8,000,000, I have achieved that goal as well as can

25  be reasonably expected under the circumstances.

26      6.   I was appointed as Chapter 7 Trustee on May 11, 2011.

27  There were no schedules filed and I am still working to create

28  them, while performing all of the other urgent functions required

3

1  of me and my professionals.  I did not physically inspect the

2  assets of the Debtors, which were spread over 14 divisions and 26

3  locations in the United States and Canada, and would not have been

4  able to come up with exact values in any event.  Determination of

5  the allocation of the net receipts from the Purchase Price between

6  the Sold Assets of the Canadian Debtor and the U.S. Debtors thus

7  cannot be established with precision at this time based on

8  established values and probably never, without expenditures for

9  current appraisals and the like that would have consumed more than

10 any amount in controversy.

11      7.    Accordingly, I believe that best that can be done under

12 the circumstances to allocate funds vis a vis USAC is to draw from

13 reliable sources and make an educated determination based on the

14 evidence.

15      8.    My approach drew on the following sources:

16           a.    appraisals conducted by Continental Plants of the

17 Inventory, Equipment and Machinery for which values were given to

18 those assets at a Forced Liquidation Value (FLV) and an Orderly

19 Liquidation Value (OLV);

20           b.    the analysis of my Sales Agent, Hilco Industrial,

21 Inc. ("Hilco") further described in the Declaration of Brent

22 Bonham attached hereto, which itself draws certain of its

23 conclusions from the Continental Appraisals (defined below) as

24 well as its own physical inspection of the physical sites of the

25 major locations, including Langley, British Columbia (the "Langley

26 Facility"); and

27

28

4

1         c.   the Auction itself, which included some bids for

2 individual "lots", including a stand-alone bid of $1.1 million for

3 the Intellectual Property.

4     9.   Based thereon, I am prepared to recommend that the Court

5 approve the following allocation:

6         Canadian Debtor:       5.9%[1]

7         Total U.S. Debtors:    94.1%

8     10.   To the extent that it is necessary at this time to

9 allocate among the U.S. Debtors, I would recommend that the Court

10 approve the following allocation:

11         IMSG (Owner of I/P and Waxahachie

12             Farmland)               13.75%

13         IAP  (Owns all real and personal

14             property other than the IMSG property

15             identified above)         80.35%

16         IAG (Parent Co.- No Assets)       0%

17 Continental Plants Appraisal

18     11.   Among the books and records of the Debtors turned over

19 to me upon my appointment were two appraisals prepared by

20 Continental Plants, an appraisal, dated March 8, 2011, of the

21 Machinery and Equipment of IAG and its subsidiaries, and a March

22 9, 2011, appraisal of Inventory and Accounts Receivable

23 (collectively, the "Continental Appraisals").

24     12.   I am advised that Neil Minihane, the Chief Restructuring

25 Officer of the Debtors pre-petition, commissioned the Continental

26 _____

27 [1] 5.9% of $7,500,000, the presumptive net from the auction, is $442,500.

28

1  Appraisals in order to determine the Debtors' options in dealing

2  with its cash flow issues.  True and correct copies of the

3  Continental Appraisals are attached to the Declaration of Neil

4  Minihane filed herewith, marked as Exhibits "B" and "C",

5  respectively thereto.

6      13.  Based on the information provided by Mr. Minihane, the

7  term "Forced Liquidation Value" ("FLV") contemplated a scenario in

8  which the company reduced activities, but continued to maintain a

9  skeletal staff of key employees and continued to collect accounts,

10  in order to leave open the possibility of continuing operations

11  under a new owner, in other words, a situation that does not

12  resemble the actual circumstances leading up to the Chapter 7

13  filing, the bankruptcy case to date, and the auction.  I call this

14  value the Bankruptcy Liquidation Value ("BLV").

15  Sales Agent Valuations

16      14.  On or about May 26, 2011, the Court approved my

17  retention of Hilco Industrial, LLC and its related entities

18  ("Hilco" or "Sales Agent") to assist with the liquidation of the

19  Debtors' assets.

20      15.  After its retention, and prior to the Auction, at my

21  request, the Sales Agent conducted physical inspections of the

22  significant manufacturing facilities of the Debtors, including:

23  (i) Langley, British Columbia; (ii) Vernon, California; (iii)

24  South Gate, California; (iv) Hayward, California; (v) Monterey

25  Park, California; (vi) Waxahachie, Texas; and (vii) Chicago,

26  Illinois.

27      16.  The Canadian Debtor operated two locations, one in

28  Langley, British Columbia (the "Langley Facility") and the other

1  in Guelph, Ontario, Canada.  The facility in Guelph Ontario was
2  subleased to a third party and, so far as I know, the assets
3  thereat had been removed prior to the Auction.  No personal
4  property of the Canadian Debtor located at Guelph, Ontario is
5  among the Sold Assets.

6      17.  At my request, Hilco conducted an inventory and
7  appraisal of the equipment, machinery and raw materials (aluminum)
8  at the Langley Facility (the "Langley Inventory").  The Langley
9  Inventory disclosed a bankruptcy liquidation value of $229,135.
10 This appears, to me, to be at the lower end of any valuation of
11 the property at Langley, particularly since it ascribes a value of
12 $90,000 to the raw materials at that facility, a number which
13 seems inconsistent with (i.e., lower than) the value and amount of
14 inventory reflected in the Continental Appraisal.

15     18.  With respect to the real property in Waxahachie, Texas,
16 the only information that I had on the possible value of that
17 property was contained in the KPMG Fresh Start Accounting Report
18 (the "KPMG Report") which was filed as an exhibit to the Debtors'
19 Disclosure Statement in connection with its "pre-pack" Chapter 11
20 Delaware bankruptcy case.  It ascribed a going concern value of
21 the several plants and facilities at the Waxahachie campus (which
22 is now owned by IAP) as $12,950,000, which amount included the
23 improvements, machinery and equipment, and  a value of the
24 Waxahachie farmland (which is now owned by IMSG) as $590,000.  I
25 find this valuation unhelpful since the business is no longer
26 operating as a going concern, and thus the KPMG Report does
27 nothing to persuade me of the value of the closed facilities, with
28

7

1 │ all of the environmental and other implications associated
2 │ therewith.

3 │     19.   After its inspection of the Waxahachie Real Estate,
4 │ Counsel RB (Hilco), informed me that it could not place any
5 │ significant "stand alone" value on the Waxahachie property given
6 │ the environmental issues associated therewith.  It advised that
7 │ the only way to generate any value for this property was to
8 │ attempt to sell the property along with its machinery, equipment
9 │ and improvements, to an "end user" who would be interested in
10 │ starting up the business again and could handle the environmental
11 │ and other regulations associated with the factory.  This was
12 │ accomplished at the auction.

13 │ The Auction

14 │     20.   I offered the assets first in bulk, and the Buyer was
15 │ the only bidder.  I then offered assets in eight other
16 │ configurations, or "lots."

17 │     21.   Although I received numerous bids for various individual
18 │ "lots" at the auction, none of them are particularly helpful in
19 │ attributing a value of the assets to a particular Debtor, with one
20 │ possible exception.  One bidder offered $1.1 million for just the
21 │ Intellectual Property ("I/P") of the Debtors, which I/P is
22 │ actually owned by IMSG.  This is the only evidence in my
23 │ possession that I can use to ascertain the value of said
24 │ intellectual property, as neither the Continental Appraisal, nor
25 │ Hilco, attempted to ascribe a value to the I/P.  I believe that
26 │ the bid value probably exceeds the actual value, but that is the
27 │ only evidence that I have of the value of the intangibles.  I have
28 │ no evidence that USAC owned any I/P.

8

22.   the only bid made for assets at the Langley Facility

alone was a bid of $100,000 for the assets at that facility.

23.   In connection with the Court's request at the Cash

Collateral Hearing, I asked Hilco, in consideration of all of the

above factors and in its view as experts in industrial and

commercial valuations, to ascribe an allocation of the Purchase

Price among the Debtors.   That allocation is attached to the

Declaration of Brent Bonham (the "Bonham Declaration"), marked as

Exhibit "B" (the "Hilco Allocation") and is consistent with the

percentages which I included in paragraphs 9 and 10 above.

24.   How I understand the methodology that was used is as

follows:   Hilco allocated the $8 million Purchase Price among the

divisions using the same relative percentages of value as ascribed

to the divisions in the Continental Appraisal, which percentages

were confirmed as essentially correct as a result of Hilco's field

work conducted prior to the auction (with some minor exceptions).

Hilco eliminated the percentage attributed to the Guelph Ontario

facility (1% of the Machinery and Equipment), since none of the

property therein was part of the sale.   Thus, the only relevant

figure for purposes of determining the allocation to the Canadian

Debtor would be the amount to be attributed to the Machinery,

Equipment and Inventory at the Langley B.C. facility, which Hilco

considered at approximately 5.9% of the $8,000,000 Purchase Price,

or $471,262.   Note that this is before deduction of the

auctioneer's commission and fees.

25.   In addition, Hilco factored into the allocation the

amount of $1,100,000 for the I.P. established from the auction.

If used, this would allocate 13.5% of the Purchase Price to IMSG,

9

371434.01 [XP] 1130496A

1  an amount which I again believe is too high.  Nevertheless, even

2  if used, it would not change the analysis to the benefit of the

3  Canadian Debtor, since the Canadian Debtor does not own the I/P.

4      26.  The proposed allocation is derived from the personal

5  property (the equipment, inventory, machinery and I/P) and not

6  from the Waxahachie real property, in light of Hilco's view that

7  the Waxahachie real property has little or no stand alone value.[2]

8  If value was added to the Waxahachie real property, it would only

9  increase IAP's share of value and reduce the amount to be

10 allocated to the Canadian Debtor.

11

12 Dated:   June 24, 2011

                                    _____
                                    David A. Gill, Chapter 7
13                                  Trustee

14

15

16

17

18

19

20

21

22

23

24

25 _____

26 [2] Prior to the Auction, Hilco placed a total estimated value of
   the Debtors' assets (excluding a/r, tax refunds and Alhambra) as
27 $10,000,000, with $500,000 allocated for the Waxahachie real
   property.

28

371434.01 [XP] 1130496A

# DECLARATION

1        **DECLARATION OF BRENT BONHAM**

2    I, Brent Bonham, declare as follows:

3        1.    I am the Vice President of Operations for Hilco

4    Industrial, LLC, one of the largest asset recovery firms in the

5    world today.  Hilco and Counsel RB Capital (collectively, "Hilco"

6    or the "Sales Agent"), are the Sales Agents employed by David A.

7    Gill, the Chapter 7 Trustee in the bankruptcy cases of

8    International Architectural Group, LLC (2:11-bk-30486-RN)("IAG"),

9    International Architectural Products, Inc. (2:11-bk-30496-

10   RN)("IAP"), International Management Services Group, Inc. (2:11-

11   bk-30504-RN)("ISMG") and United States Aluminum of Canada (2:11-

12   bk-30507-RN)("USAC" or the "Canadian Debtor") (collectively, the

13   "Debtors") to market and sell the assets of the Debtors.

14       2.    I am competent to testify to the matters contained

15   herein which are based upon my personal knowledge, except as to

16   matters stated to be on information and belief, and I believe them

17   to be true and would, if sworn, so testify.

18       3.    On or about May 26, 2011, the Court approved the

19   retention of Sales Agent to assist with the liquidation of the

20   Debtors' assets.

21       4.    After our retention, and prior to the Auction, Hilco

22   conducted physical inspections of the significant manufacturing

23   facilities of the Debtors, including: (i) Langley, British

24   Columbia; (ii) Vernon, California; (iii) South Gate, California;

25   (iv) Hayward, California; (v) Monterey Park, California; (vi)

26   Waxahachie, Texas; and (vii) Chicago, Illinois.

27       5.    The Canadian Debtor consisted of two locations, one in

28   Langley, British Columbia (the "Langley Facility") and the other

1 │ in Guelph, Ontario, Canada.   The facility in Guelph Ontario was

2 │ subleased to a third party and the assets thereat had been removed

3 │ prior to the Auction.   No personal property of the Canadian Debtor

4 │ located at Guelph Ontario is among the Sold Assets.

5 │      6.   At the Trustee's request, Hilco conducted an inventory

6 │ and appraisal of the equipment, machinery and raw materials

7 │ (aluminum) at the Langley Facility (the "Langley Inventory").  The

8 │ Langley Inventory showed a bankruptcy liquidation value of

9 │ $229,135, although it now appears that the valuation might have

10 │ been too low at least with respect to the raw materials, which

11 │ were ascribed a $90,000 value, in comparison with the volume of

12 │ inventory disclosed in the Continental Appraisal (defined below).

13 │      7.   After its inspection of the Waxahachie Real Estate,

14 │ Counsel RB determined that it could not place any significant

15 │ "stand alone" value on the Waxahachie property given the

16 │ environmental issues associated therewith.   The only way to

17 │ generate any value for this property was to attempt to sell the

18 │ property along with its machinery, equipment and improvements, to

19 │ an "end user" who would be interested in starting up the business

20 │ again and could handle the environmental and other regulations

21 │ associated with the factory.   Hence, the strategy implemented by

22 │ Hilco was to target, identify and sell at auction to one of those

23 │ end users, which was achieved with the sale to the Buyer.

24 │      8.   I was in attendance at the Auction conducted on June 21,

25 │ 2011 at 11:00 a.m. at the Hotel Intercontinental in Los Angeles,

26 │ California.   The assets were first offered in bulk, and Universal

27 │ Molding Company, Inc. (the "Buyer") was the only bidder, at $8

28 │ million (the "Purchase Price") for substantially all of the assets

1 | of the Debtors, except for cash, accounts receivable, causes of
2 | action (including avoidance power claims), tax refunds and certain
3 | real property located in Alhambra California (the "Sold Assets").
4 | The assets were then offered in eight other configurations, or
5 | "lots."  One bidder offered $1.1 million for only the Intellectual
6 | Property of the Debtors, which I/P I am informed is actually owned
7 | by IMSG.  In addition, the Trustee received a stand alone offer
8 | for the assets at Langley for $100,000.

9 |     9.   In connection with the Court's request at the Cash
10 | Collateral Hearing, Hilco was asked, in consideration of all of
11 | the above factors and in our view as experts in industrial and
12 | commercial valuations, to ascribe an allocation of the Purchase
13 | Price among the Debtors.  Attached hereto, marked as Exhibit "A"
14 | is Hilco's allocation which I prepared, with assistance from my
15 | business associates at Hilco.

16 |     10.   In preparing this allocation, we used the following
17 | methodology: Hilco allocated the $8 million Purchase Price among
18 | the divisions using the same percentages of value as ascribed to
19 | the divisions in the Continental Plants appraisals, one dated
20 | March 8, 2011 of the Machinery and Equipment of IAG and its
21 | subsidiaries, and another dated March 9, 2011 of Inventory and
22 | Accounts Receivable (collectively, the "Continental Appraisals"),
23 | which percentages were confirmed as essentially correct as a
24 | result of Hilco's field work conducted prior to the auction (with
25 | some minor exceptions).  Hilco eliminated the percentage
26 | attributed to the Guelph Ontario facility (1% of the Machinery and
27 | Equipment), since none of the property therein was part of the
28 | sale.  Thus, the only relevant figure for purposes of determining

1 the allocation to the Canadian Debtor would be the amount to be
2 attributed to the Machinery, Equipment and Inventory at the
3 Langley B.C. facility, for which we ascribed a value of $471,262,
4 or 5.9% of the $8,000,000 Purchase Price.

5    11.   In addition, Hilco factored into the allocation the
6 amount of $1,100,000 for the I/P established from the auction. If
7 used, this would allocate 13.5% of the Purchase Price to IMSG.

8    12.   The proposed allocation is derived from the personal
9 property (the equipment, inventory, machinery and I/P) and not
10 from the Waxahachie real property, in light of Hilco's view that
11 the Waxahachie real property has little or no stand alone value.
12 If value was added to the Waxahachie real property, it would only
13 reduce the amount to be allocated to the Canadian Debtor.

14    I declare under penalty of perjury under the laws of the
15 United States of America that the foregoing is true and correct.
16    Executed this ᗺ4ᵗʰ day of June, 2011, at Grand Rapids,
17 Michigan.

18

19                                                    BRENT BONHAM
20

21

22

23

24

25

26

27

28

14

371434.01 [XP] 1130496A

# DECLARATION

### DECLARATION OF NEIL MINIHANE

I, Neil Minihane, declare as follows:

    1.   I am the President of Turn Works LLC, a turnaround consulting firm ("Turn Works").  Turn Works is employed by David A. Gill, the Chapter Trustee (the "Trustee") of International Architectural Group, LLC (2:11-bk-30486-RN)("IAG"), International Architectural Products, Inc. (2:11-bk-30496-RN)("IAP"), International Management Services Group, Inc. (2:11-bk-30504-RN)("ISMG") and United States Aluminum of Canada (2:11-bk-30507-RN)("USAC" or the "Canadian Debtor") (collectively, the "Debtors").  Prior to being employed by the Trustee, Turn Works was employed as the Chief Restructuring Officer of IAG and related entities.

    2.   I am competent to testify to the matters contained herein which are based upon my personal knowledge, except as to matters stated to be on information and belief, and I believe them to be true and would, if sworn, so testify.

    3.   Pre-petition, the Debtors commissioned Continental Plants ("Continental") to conduct two appraisals, an Appraisal dated March 8, 2011 of the Machinery and Equipment of IAG and its subsidiaries, and a March 9, 2011 appraisal of Inventory and Accounts Receivable (collectively, the "Continental Appraisals"), in order to determine the Debtors' options in dealing with its cash flow issues.  True and correct copies of the Continental Appraisals are attached hereto, marked as Exhibits "B" and "C", respectively thereto.  The inventory valuations were updated using the March 31, 2011 results in a report from Continental Plants

1 delivered on or about May 2, 2011 which is attached hereto as

2 Exhibit "D".

3    4.    Based on definitions in the Continental Plants' report

4 and my discussions with Continental's representatives, I believe

5 that the term "Forced Liquidation Value" contemplated a scenario

6 in which the company reduced activities, maintained a skeletal

7 staff of key employees, continued to collect accounts receivable,

8 produced and delivered the backlog all while working down

9 inventory, in other words, a situation that does not resemble the

10 actual circumstances leading up to the Chapter 7 filing, the

11 bankruptcy case to date, and the auction conducted in this case.

12    5.    In connection with the proposed allocation of the

13 proceeds of sale of the Debtors' assets at the June 21, 2011

14 auction, I have reviewed the Continental Appraisals attached

15 hereto, as well as the allocation prepared by Hilco, the Trustee's

16 Sales Agent and the books and records of the Debtors, including

17 balance sheets.    I do not purport to be a valuation expert.    That

18 notwithstanding, I believe that the allocation method proposed by

19 the Trustee (which is based upon the Hilco analysis) is an

20 approach consistent with my understanding of the assets located at

21 the various facilities, the Continental Appraisals, and the

22 Debtor's books and records.

23    I declare under penalty of perjury under the laws of the

24 United States of America that the foregoing is true and correct.

25    Executed this 24th day of June, 2011, in Portsmouth, RI.

26

27    _____
                                   NEIL MINIHANE

28

16

EXHIBIT "A"

| Asset/Division/Location | M&E Appraisal Value Per Location | Division | Inventory Appraisal Value Per Division | Inventory, M&E, and IP total Less M&E from Ontario | Appraisal % PerDivision | Value as it Ties to 8M |
|---|---|---|---|---|---|---|
| IW Southgate | $752,610 | 2 | $490,063 | $1,242,673 | 10.42% | $719,246 |
| USAC Vernon | $297,375 | 4 | $832,756 | $1,130,131 | 9.48% | $654,107 |
| IW Hayward | $960,050 | 6 | $302,928 | $1,262,978 | 10.59% | $730,998 |
| USAC Langley | $130,000 | 10 | $684,221 | $814,221 | 6.83% | $471,262 |
| USAC Chicago | $197,980 | 13 | | | | |
| USAC Ontario | $65,000 | 13 | | | | |
| USAC St. Louis | $14,000 | 13 | $403,054 | $615,034 | 5.16% | $355,975 |
| USAC Dallas | $23,000 | 15 | | | | |
| USAC Houston | $52,000 | 15 | | | | |
| USAC Waxahachie | $381,450 | 15 | $1,879,748 | $2,336,198 | 19.60% | $1,352,166 |
| IE Waxahachie | $1,232,700 | 17 | $1,049,750 | $2,282,450 | 19.15% | $1,321,057 |
| USAC Orlando | $71,500 | 21 | | | | |
| USAC Rock Hill | $143,560 | 21 | | | | |
| USAC Atlanta | $28,000 | 21 | | | | |
| USAC Jessup | $17,000 | 21 | $1,153,625 | $1,413,685 | 11.86% | $818,225 |
| Raco Waxahachie | $150,900 | 23 | | | | |
| Raco Houston | $23,000 | 23 | | | | |
| Raco Dallas | $19,000 | 23 | $631,172 | $824,072 | 6.91% | $476,964 |
| *Intelectual Property | | | | $1,100,000 | N/A | $1,100,000 |
| | $4,559,125 | | $7,427,317 | $13,021,442 | 100.00% | $8,000,000 |

* Intelectual property value is based on highest bid at auction

* Our agreement provides for $100,000 in expense reimbursement and 5% commission on the gross purchase price.

* IE Waxahachie Inventory based on $1,235,000 lbs @ $.85 per

**EXHIBIT A**

17

EXHIBIT "B"



## CONTINENTAL PLANTS

445 Park Ave. – Ninth Floor | New York, NY 10022
212.757.1800 | www.contplants.com

# APPRAISAL REPORT

## MACHINERY & EQUIPMENT

# INTERNATIONAL ARCHITECTURAL GROUP, LLC



## NET FORCED LIQUIDATION VALUE
## NET ORDERLY LIQUIDATION VALUE

### March 8, 2011

Prepared for:
    Mr. Jeff Park
    International Architectural Group, LLC
    767 Monterey Pass Road
    Monterey Park, CA 91754

Prepared by:
    Continental Plants Valuation Services, LLC
    Joel Goldsmith, CEA, ISA
    Reid Krakower, President

**EXHIBIT B**

18

# CONTINENTAL PLANTS

445 Park Ave. – Ninth Floor | New York, NY 10022
212.757.1800 | www.contplants.com

March 8, 2011

Mr. Jeff Park
International Architectural Group, LLC
767 Monterey Pass Road
Monterey Park, CA 91754

Re:   **International Architectural Group, LLC**
      **M&E Appraisal**

Dear Mr. Park:

Pursuant to your request, Continental Plants Valuation Services, LLC has conducted an appraisal for certain assets of International Architectural Group, LLC (IAG). The appraisal report covers eighteen locations as listed in the table below. Inspections of nine of the company's production facilities were conducted from February 1st through February 22nd, 2011. The balance of the subject facilities have been appraised on a 'Desktop' basis, relying on information provided to us by IAG representatives at the various locations.

This Summary Appraisal Report was created in accordance with the Association of Machinery and Equipment Appraisers *Standards and Procedures of Professional Appraisal Ethics and Practice* and the *Uniform Standards of Professional Appraisal Practice (USPAP)* and is expressly subject to the Statement of Limiting Conditions following this Letter of Transmittal.

Continental Plants has over 40 years of experience in the valuation and disposition of assets similar to those contained in this report. In addition to Continental's own direct experience, we have confirmed our findings through various channels. Numerous auctions / liquidations of assets comparable to IAG's have taken place over the last year. Additionally, we have consulted with our dealer, broker and machinery manufacturer contact base to confirm our position of current machinery markets and value conclusions.

19

International Architectural Group LLC - Machinery & Equipment Appraisal
March 8, 2011

It is our opinion that based on today's market conditions as of the date of this letter
the assets listed on the enclosed schedule have total appraised values as follows:

| | FORCED LIQUIDATION VALUE | ORDERLY LIQUIDATION VALUE |
|---|---|---|
| USAC - VERNON | $ 297,375 | $ 390,400 |
| USAC - WAXAHACHIE | $ 381,450 | $ 470,775 |
| USAC - ORLANDO | $ 71,500 | $ 87,525 |
| USAC - CHICAGO | $ 197,980 | $ 232,990 |
| USAC - ROCK HILL | $ 143,560 | $ 173,410 |
| USAC - LANGLEY | $ 130,000 | $ 162,000 |
| USAC - ONTARIO | $ 65,000 | $ 81,000 |
| USAC - ATLANTA | $ 28,000 | $ 35,000 |
| USAC - DALLAS | $ 23,000 | $ 28,000 |
| USAC - ST LOUIS | $ 14,000 | $ 17,500 |
| USAC - JESSUP | $ 17,000 | $ 21,500 |
| USAC - HOUSTON | $ 52,000 | $ 65,000 |
| INTERNATIONAL WINDOW - SOUTH GATE | $ 752,610 | $ 931,025 |
| INTERNATIONAL WINDOW - HAYWARD | $ 960,050 | $ 1,151,100 |
| INTERNATIONAL EXTRUSION - WAXAHACHIE | $ 1,232,700 | $ 1,430,200 |
| RACO - WAXAHACHIE | $ 150,900 | $ 188,050 |
| RACO - HOUSTON | $ 23,000 | $ 28,000 |
| RACO - DALLAS | $ 19,000 | $ 23,000 |
| | | |
| **TOTAL GROSS APPRAISED VALUE** | $ 4,559,125 | $ 5,516,475 |
| | | |
| LIQUIDATOR'S FEES (FLV - 5%, OLV -12%) | $ (227,956) | $ (661,977) |
| PROJECTED LIQUIDATION EXPENSES | $ (435,000) | $ (540,000) |
| | | |
| **TOTAL NET APPRAISED VALUE** | $ 3,896,169 | $ 4,314,498 |

Please see the following pages for detailed information on the appraisal. The field
notes and all other supporting documentation are being retained in our files.
Please contact us should you have any questions concerning our conclusions or
any of the material in this report.

Respectfully yours,

Joel Goldsmith, CEA, ISA                        Reid Krakower, President
Continental Plants Valuation Services        Continental Plants Valuation Services

CONTINENTAL PLANTS

# TABLE OF CONTENTS

### Section One – Written Report

Introduction – Purpose, Function and Scope ....................................................2
Definition: Concept of Value ........................................................................3
Asset Inspections.......................................................................................4
Approaches to Value....................................................................................5
Company Overview......................................................................................6
Determination of Value ...............................................................................7
General Market Conditions and Research ....................................................10
Summary ................................................................................................11
Certificate of Value...................................................................................12
Charts ....................................................................................................13
Statements, Assumptions and Limiting Conditions .......................................14
Definitions of Condition ............................................................................15
Certificate of Appraiser .............................................................................16
Appraiser Qualifications ............................................................................17

### Section Two – Appraisal Data

Appraisal Summary.....................................................................................1
USAC - Vernon ..........................................................................................2
USAC – Waxahachie ...................................................................................7
USAC – Orlando .......................................................................................12
USAC – Chicago .......................................................................................14
USAC – Rock Hill......................................................................................17
USAC – Langley .......................................................................................20
USAC – Ontario .......................................................................................21
USAC – Atlanta ........................................................................................22
USAC – Dallas..........................................................................................23
USAC – St Louis.......................................................................................24
USAC – Jessup.........................................................................................25
USAC – Houston.......................................................................................26
International Window – Hayward .................................................................27
International Window – South Gate .............................................................35
International Extrusion – Waxahachie...........................................................43
RACO – Waxahachie..................................................................................48
RACO – Houston ......................................................................................51
RACO – Dallas..........................................................................................52
Projected Expenses ..................................................................................53

### Section Three - Photos

# INTRODUCTION

**Purpose and Function of the Appraisal**

Pursuant to an engagement letter dated January 31, 2011, Continental Plants Valuation Services, LLC has conducted an appraisal of certain machinery and equipment at eighteen production facilities of International Architectural Group LLC ("IAG"). The appraisal was completed through a combination of site-visits and desktop appraisals, as per the following table.

**United States Aluminum Corporation**

| | | |
|---|---|---|
| Vernon, California | Manufacturing | On Site |
| Waxahachie, Texas | Manufacturing | On Site |
| Davenport, Florida | Distribution | On Site |
| Chicago, Illinois | Manufacturing | On Site |
| Rock Hill, South Carolina | Manufacturing | On Site |
| Langley, British Columbia | Manufacturing | Desktop |
| Guelph, Ontario | Distribution | Desktop |
| Atlanta, Georgia | Distribution | Desktop |
| Dallas, Texas | Distribution | Desktop |
| St Louis, Missouri | Distribution | Desktop |
| Jessup, Maryland | Distribution | Desktop |
| Houston, Texas | Distribution | Desktop |

**International Window Corporation**

| | | |
|---|---|---|
| South Gate, California | Manufacturing | On Site |
| Hayward, California | Manufacturing | On Site |

**International Extrusion Corporation**

| | | |
|---|---|---|
| Waxahachie, Texas | Manufacturing | On Site |

**Raco Interior Products Group**

| | | |
|---|---|---|
| Waxahachie, Texas | Manufacturing | On Site |
| Houston, Texas | Distribution | Desktop |
| Dallas, Texas | Distribution | Desktop |

The Purpose of this appraisal is to provide our conclusions concerning the current Net Forced Liquidation Value and Net Orderly Liquidation Value of the specified assets.

This appraisal is to be used by IAG for internal administrative purposes. Use of this report by others is not intended by the appraiser, nor is the report intended for any other use unless express written consent is further granted.

March 8, 2011                      Page 2 of 17

22

## Scope of Work

The Scope of Work addresses the type and extent of research and analysis utilized to develop an opinion of value. The data collected in the course of research and analysis includes but is not limited to: market data / conversations with used equipment dealers that sell comparable equipment; conversations with new equipment manufacturers; knowledge from recent auctions and liquidations, conversations with equipment brokers of comparable equipment; in-house databases; industry databases; trade journals and industry periodicals. Further to our research Continental has been a leader in the acquisition and disposition of commercial and industrial equipment of all types in a variety of sectors since 1968.

This Summary Appraisal Report has been conducted in accordance with accepted appraisal practices in accordance with the Association of Machinery and Equipment Appraisers *Standards and Procedures of Professional Appraisal Ethics and Practice* and the *Uniform Standards of Professional Appraisal Practice (USPAP)* by accredited appraisers and is intended for use only in its entirety. Any alteration, deletions, or copying is prohibited and would render the appraisal null and void.

## Definitions

*Net Forced Liquidation Value:*
A professional opinion of the estimated gross amount expressed in terms of money that the subject personal property could typically realize on an expedited basis such as an auction sale, properly advertised and professionally managed by a seller obligated to sell within a 2 to 3 month time period. All assets are to be sold on a piecemeal basis, "As-Is, Where-Is" with the purchaser being responsible for removal of the assets at their own risk and expense. Net value takes into consideration the liquidator's estimated commission and direct liquidation expenses.

*Net Orderly Liquidation Value:*
A professional opinion of the estimated gross amount expressed in terms of money that the subject personal property could typically realize at a privately negotiated sale, properly advertised and professionally managed by a seller obligated to sell over a 4 to 6 month time period. All assets are to be sold on a piecemeal basis "as is, where is" with the purchaser being responsible for removal of the assets at their own risk and expense. Net value takes into consideration the liquidator's estimated commission and direct liquidation expenses.

23

## Asset Inspection

Thorough on-site inspections were conducted by a senior member of our appraisal staff from February 1st through February 22nd, 2011. The purpose of the inspections was to determine physical condition of the assets and to list, in detail, all major pieces of equipment and summarily list items of lesser value. As requested in our Letter of Engagement, nine of the eighteen appraised facilities were inspected with the balance being appraised on a 'Desktop' basis. Details of the on-site inspections are listed in the table below:

| United States Aluminum Corporation | Inspection Date | Tour Guide |
|---|---|---|
| Vernon, California | February 1, 2011 | Joel Alba |
| Waxahachie, Texas | February 8, 2011 | Jerry Davis, Maintenance Supervisor |
| Davenport, Florida | February 10, 2011 | Joey Bernard, Plant Manager |
| Chicago, Illinois | February 21, 2011 | Larry Russell, Plant Manager |
| Rock Hill, South Carolina | February 22, 2011 | Joe Benett, Production Supervisor |

| International Window Corporation | | |
|---|---|---|
| South Gate, California | February 2, 2011 | Edgar Gamboa - General Production Mgr |
| Hayward, California | February 3, 2011 | Richard Lovell, Maintenance Supervisor |

| International Extrusion Corporation | | |
|---|---|---|
| Waxahachie, Texas | February 9, 2011 | Mitch Whitehead, General Manager |

| Raco Interior Products Group | | |
|---|---|---|
| Waxahachie, Texas | February 8, 2011 | Tom Harris, Plant Manager |

# APPROACHES TO VALUE

**Sales Comparison (Market) Approach:**
One of three recognized approaches used in appraisal analysis, this approach involves the collection of market data pertaining to the subject assets being appraised.    The primary intent of the market approach is to determine the desirability of the assets and recent sales or offerings of similar assets currently on the market in order to arrive at an indication of the most probable selling price for the assets being appraised.  If the comparable sales are not exactly similar to the asset being appraised, adjustments must be made to bring them as closely in line as possible with the subject property.  Comparable sales were available for almost all of the equipment at the various IAG facilities.    Additionally, knowledgeable dealers were consulted for verification wherever necessary.

**Cost Depreciation Approach:**
The Cost Depreciation Approach derives its value indication by estimating the current cost to produce or replace the subject property, deducting for all depreciation, physical deterioration, functional obsolescence and economic obsolescence (see below).  The Cost approach is derived from the principal of substitution that states "a prudent buyer will not pay more for an asset than the cost of acquiring a substitute property of equivalent utility.  The Cost Approach was used for various pieces of equipment as described in the "Determination of Value" section of this report.

**Income Approach:**
The Income Approach derives a value indication for income-producing personal property by converting anticipated benefits into value.    This conversion is accomplished either by: (1) capitalizing a single year's income expectancy or an annual average of several years' income expectancies at a market derived capitalization rate or capitalization rate that reflects a specified income pattern, return on investment, and change in value of the investment; or (2) discounting the annual cash flows for the holding period and the reversion at a specified yield rate."  The Income Approach was determined to be inappropriate for use in the preparation of this report.

**Depreciation:**

Defined as the actual loss in value or worth of a property from all causes including those resulting from physical deterioration, functional obsolescence, and economic obsolescence.

### Physical Deterioration
A form of depreciation where the loss in value or usefulness of an asset is attributable solely to physical causes such as wear and tear and exposure to the elements.

### Functional Obsolescence
A form of depreciation where the loss in value is due to factors inherent in the property itself and due to changes in design, or process resulting in inadequacy, over capacity, excess construction, lack of functional utility, or excess operating costs.

### Economic Obsolescence
A form of depreciation, or loss in value, caused by unfavorable external conditions. These can include such things as the economics of the industry, availability of financing, loss of material and labor sources, passage of new legislation, and changes in ordinance.


## Company Overview

IAG is an integrated building products manufacturer of diversified lines of aluminum and vinyl building products. Operations are conducted through a series of subsidiary companies/divisions which are divided into three primary business groups: Residential Products, Commercial Products, and the Aluminum Extrusion operations.

The Residential products group operates as International Window Corporation ("IWC") and manufactures and distributes vinyl and aluminum windows and doors for the residential building and housing markets. The Commercial products group includes United States Aluminum Corporation ("USAC") which designs, manufactures and distributes architectural aluminum to the commercial construction industry, including building entrances, storefront, curtain wall, windows, hurricane resistant, blast mitigation and ribbon wall systems. The balance of the Commercial Product Group produces interior aluminum doorframes and window systems for commercial office applications as RACO Interior Products, Inc. IAG's extrusion operation, which produces extruded aluminum parts for the other business units, operates as International Extrusion Company ("IEC").

## Determination of Value:

The values contained in this report have been arrived at based on the following:
- Continental Plants' experience in the appraisal and disposition of all types of industrial assets, including those similar to IAG's, over the past 40 plus years.
- Research of the current machinery market including a database of auction results from 15 Door and Window Manufacturer auctions and over 400 general machinery auctions during the last 15 months.
- Consultations with dealers, brokers and machinery manufacturers with the purpose of confirming our appraised values. Continental Plants has an established network of machinery dealers in all areas of industrial machinery through dealings on many levels over the past decades. Strict confidentiality was maintained in all consultations.

The most relevant appraisal method is the Comparable Sales (Market) Approach. Most of IAG's assets have been appraised through the application of this method. Due to the economic downturn in the fall of 2008, only comparable sales within the last 12-15 months are deemed to be reliable. Older comparable sales data has not been used in the determination of the values contained in this report. Certain machines could not be appraised using the Market Approach, either due to their age, or uncommon nature. These assets were appraised using the Cost Depreciation Approach and have been described in more detail later in this section of the report.

The following section will describe our valuation strategies for each major Machine Category.

**ASSET CATEGORIES**
Details pertaining to the determination of value for each of the Asset Categories are as follows:

**Dedicated Door and Window Machinery:**

CNC Vinyl Fabrication Machinery:
This category comprises approximately 20% of the total appraised value for all assets contained in our report and is strictly part of International Window Corporation. The major brands of machinery include: Sturtz, Wegoma and Sampson. These machines range in age from 6 to 14 years old. These machines are highly specialized for use in the vinyl door and window industry; certain machines are designed specifically for proprietary product lines of IAG. These factors have been taken into consideration in our valuation process, although they can be adapted through alternate tooling. Sturtz, the major component of this asset category, is considered to be the most technologically advanced and well respected manufacturer in the industry.

Relatively few of these machines have been sold at auction in recent years and few are currently available on the secondary market, contributing to the high level of desireability of these late-model machines.

CNC Glass Machinery:

This category is comprised of machinery manufactured by Glass Equipment Development Inc. (G.E.D.), specifically glass cutting tables and framing lines. As with the vinyl fab equipment, these assets are specific to International Window Corporation. G.E.D. Machinery has shown strong demand at auction sales over the past year. Our research has shown that there is a lack of this equipment currently available on the secondary market. Considering the lack of available equipment and strong desirability, we expect high demand for any equipment presently offered in the market.

CNC Aluminum Frame Machinery:

The major manufacturers in this category are Haco-Mubea and Elumatec. Our research was unable to uncover any comparable sales for these assets. These machines are late model and fairly uncommon in the North American market. These are state-of-the-art automated machines that replace the operations of several pieces of manual equipment, making them desireable to any high volume window manufacturer. We have used the Cost Approach in the valuation of these assets and further confirmed our value opinion through consultations with manufacturers and knowledgeable dealers.

Conventional Door and Window Machinery:

This category includes non-CNC machinery specific to the door and window industry. These include frame welders, corner cleaners, copy routers, cutoff saws, glass washers and presses, thermal barrier lines, etc. Manufacturers include Wegoma, Azon, Sampson, G.E.D. Arnim Tool, and others. Comparable sales were located on most of the equipment in this category. The Azon machinery was appraised using a combination of the Cost Approach and information from the manufacturer regarding secondary market prices. The Arnim Tool die tables are highly customized to perform product-specific operations and have been valued with consideration given to the cost of re-tooling for alternative use.

As part of our research in confirming our value analsis, the following recent Door and Window Manufacturer auctions have been studied.

- Echo Windows – Red Oak, CA - 12/8/2009
- Pac Bay – Banning, CA – 12/16/2009
- Coastline Mfg. – Sacremento, CA – 12/17/2009
- Philips Products – Elkhart, IN – 2/2/2010
- Kaufmann Window & Door – Detroit, MI – 2/2/2010
- Philips Products – Sikeston, MO – 2/3/2010
- Philips Products – Asheville, NC – 2/4/2010
- Philips Products – Clarkesville, TX – 2/9/2010

- Philips Products – Stayton, OR – 2/11/2010
- Traco – Johnston City, TN – 4/29/2010
- Merrimack Valley – Derry, NH – 5/6/2010
- Short Cut Steel – Bolton, Ontario – 5/18/2010
- Legrand Canada – Fergus, Ontario – 6/9/2010
- Laguna Industries – Laguna, NM – 8/24/2010
- Federal Group – Knox, IN – 8/25/2010

Numerous comparable sales were located and used in the valuation of these core assets. Additionally, dealers with expertise in this type of equipment were consulted in order to further confirm our value opinion. In addion to the above auctions, hundreds of general equipment auction were researched for comparable sales for general manufacturing and warehouse equipment.

**General Machinery and Equipment:**

CNC and Conventional Machine Tools:
Machines in this category consist of Bridgeport CNC Machining Centers, Vertical Milling Machines, Press Brakes, Punch Presses, Riveters, etc. Continental's own experience in the liquidation of similar assets was used in conjunction with research of comparable sales in the valuation of these assets.

Paint Booths / Ovens and Annodizing Lines:
Assets in this category have been appraised through Continental's own experience with the liquidation of similar assets. Additionally, auction record databases were researched for comparable sales and dealers were consulted wherever necessary in order to confirm our value opinions. Paint booths and larger ovens are subject to high costs of disassembly, moving and reassembly. This factor affects the resale value of these assets significantly. Although the initial cost and in-place value for paint booths and bake ovens is high, the values reflected under the FLV and OLV concepts are greatly depreciated due the high costs associated with moving. In the case of the annodizing lines, it is highly unlikely that these assets would be purchased with the intent of recommissioning their use in another facility. These lines have been appraised as scrap/salvage value for their metals content and various marketable components.

Handling and General Plant Equipment / Rolling Stock:
This category consists of common equipment such as: forklifts, overhead bridge cranes, miscellaneous handling equipment, packaging equipment, fixtures, scales, test equipment, cabinets, cantilever racking, etc. These assets are common to virtually every industrial plant and are sold on a daily basis throughout North America via auctions, orderly sales and dealer sales. Our values for this type of equipment were derived through Continental's own experience along with research of comparable sales in hundreds of auctions taking place over the past 12-15 months.

.29

**General Market Conditions and Research:**

The decline in the housing market over the past five years has taken a tremendous toll on all commercial and residential construction related industries including door and window manufacturers. Housing starts in 2009 were at their lowest since records were kept in 1959. 2010 housing starts (although current data has not yet been released) are expected to rebound and continue through 2013. According to a report by Ducker Worldwide,

> *For 2010, the downward spiral of the past several years is expected to end, with starts forecast to increase by 16 percent, led by single family starts. The rebound will continue into 2013. Ducker expects total starts to reach 1.64 million that year, significantly up from the 600,000 low of 2009, but still off the 2 million-plus levels of 2004 and 2005.*

Home remodeling has suffered the same downturn since 2005, but is expected to turn around this year and steadily increase through 2013 as well.

> *The study points to estimates and projections from the Harvard Joint Center for Housing Studies, which anticipates residential improvement expenditures increasing about 5 percent in 2010 to $121.5 billion. Looking out to 2013, this market is predicted to see a more robust rebound than new housing and surpass previous peak levels. Expenditures in 2010 are predicted to top $150 billion, compared to a previous 2006 peak of $143 billion.*

Research indicates that improvements will be more evident in the vinyl door and window industry than in aluminum, as there continues to be a shift in the residential market away from wood and aluminum to vinly doors and windows. Ducker predicts vinyl window shipments will reach 45.9 million units and enjoy a market share of about 67 percent in 2013. At the window market's previous peak in 2005, vinyl window shipments reached 40.6 million units, representing about 58 percent of total residential window sales. 2009 shipments were at a low of 25.5 million units.

To the extent the expected increase in the door and window industry materializes, as indicated in these reports, there will likely be a direct and positive effect on machinery values over the next several years.

**Summary**

Although the economic downturn of 2008 and the current state of the economy have definetely affected machinery values, we are starting to see improvements in many areas of the used machinery market.  Recent auctions have been well-attended and auction prices have recovered significantly since mid 2009.  There has been strong demand for conventional machine tools and general plant equipment at recent auctions.  We are confident that the values contained in this report will be upheld through a series of orderly and auction sales.  Furthermore, the sale of certain products lines to strategic buyers would result in substantially increased values, especially for highly customized machinery and tooling.

# CONTINENTAL PLANTS VALUATION SERVICES

DOES

# - CERTIFY -

That this is our opinion of Value of certain assets of:

## International Architectural Group, LLC

As of the Effective Date given in this Certificate of Value:

| | |
|---|---|
| NET FORCED LIQUIDATION VALUE | $ 3,896,169 |
| NET ORDERLY LIQUIDATION VALUE | $ 4,314,498 |

Distribution of Values Is As Follows:

| | FORCED LIQUIDATION VALUE | | ORDERLY LIQUIDATION VALUE |
|---|---|---|---|
| USAC - VERNON | $ | 297,375 | $ 390,400 |
| USAC - WAXAHACHIE | $ | 381,450 | $ 470,775 |
| USAC - ORLANDO | $ | 71,500 | $ 87,525 |
| USAC - CHICAGO | $ | 197,980 | $ 232,990 |
| USAC - ROCK HILL | $ | 143,560 | $ 173,410 |
| USAC - LANGLEY | $ | 130,000 | $ 162,000 |
| USAC - ONTARIO | $ | 65,000 | $ 81,000 |
| USAC - ATLANTA | $ | 28,000 | $ 35,000 |
| USAC - DALLAS | $ | 23,000 | $ 28,000 |
| USAC - ST LOUIS | $ | 14,000 | $ 17,500 |
| USAC - JESSUP | $ | 17,000 | $ 21,500 |
| USAC - HOUSTON | $ | 52,000 | $ 65,000 |
| INTERNATIONAL WINDOW - SOUTH GATE | $ | 752,610 | $ 931,025 |
| INTERNATIONAL WINDOW - HAYWARD | $ | 960,050 | $ 1,151,100 |
| INTERNATIONAL EXTRUSION - WAXAHACHIE | $ | 1,232,700 | $ 1,430,200 |
| RACO - WAXAHACHIE | $ | 150,900 | $ 188,050 |
| RACO - HOUSTON | $ | 23,000 | $ 28,000 |
| RACO - DALLAS | $ | 19,000 | $ 23,000 |
| | | | |
| **TOTAL GROSS APPRAISED VALUE** | $ | **4,559,125** | $ **5,516,475** |
| | | | |
| LIQUIDATOR'S FEES (FLV - 5%, OLV - 12%) | $ | (227,956) | $ (661,977) |
| PROJECTED LIQUIDATION EXPENSES | $ | (435,000) | $ (540,000) |
| | | | |
| **TOTAL NET APPRAISED VALUE** | $ | **3,896,169** | $ **4,314,498** |

Effective Date of Appraisal:  March 8, 2011

By: _____

Joel Goldsmith, CEA, ISA

## ALLOCATION OF VALUE CHARTS



### Allocation of Forced/Orderly Liquidation Value

- USAC - VERNON
- USAC - CHICAGO
- USAC - ONTARIO
- USAC - ST LOUIS
- INTERNATIONAL WINDOW - SOUTH GATE
- RACO - WAXAHACHIE
- USAC - WAXAHACHIE
- USAC - ROCK HILL
- USAC - ATLANTA
- USAC - JESSUP
- INTERNATIONAL WINDOW - HAYWARD
- RACO - HOUSTON
- USAC - ORLANDO
- USAC - LANGLEY
- USAC - DALLAS
- USAC - HOUSTON
- INTERNATIONAL EXTRUSION - WAXAHACHIE
- RACO - DALLAS

### Allocation of Values by Division

- USAC
- INTERNATIONAL WINDOW
- INTERNATIONAL EXTRUSION
- RACO

March 8, 2011                    Page 13 of 17

33

# STATEMENTS, ASSUMPTIONS AND LIMITING CONDITIONS

All facts and data set forth in the report are based upon an estimate of value only and are true and accurate to the best of the appraiser's knowledge and belief.

No investigation has been made into the title to the property and all items as listed are assumed to be the property of the subject company.

No consideration has been given to liens or encumbrances which may be against the property other than those discussed in this report.

Neither Continental Plants Valuation Services nor the appraiser have any present or prospective interest in the property that is the subject of this report, and the appraiser has no personal interest or bias with respect to the parties involved.

The appraised property has been personally inspected unless otherwise stated.

This appraisal has been made in accordance with accepted appraisal practices in accordance with the Association of Machinery and Equipment Appraisers *Standards and Procedures of professional Appraisal Ethics and Practice* and the *Uniform Standards of Professional Appraisal Practice* and reflects the best judgment of the appraiser. When appropriate, new and used equipment dealers have been consulted for comparable prices; and catalogs, trade publications and results of auction sale comparables have been utilized.

Information provided by others has been assumed to be correct for the purposes of this report and no responsibility is taken for the accuracy of same.

Since conclusions by the appraiser are based upon judgments, isolation of any single element as the sole basis of comparison to the whole appraisal may be inaccurate.

The fees for this appraisal are not contingent upon values reported.

Consideration for possible environmental hazards from any source goes beyond the scope of this appraisal.

It is assumed that there are no hidden or unapparent conditions of the equipment which would render it more or less valuable.

Other limitations or assumptions, if any, are clearly defined and individually set out at that point relating to the subject.

The appraiser is not required to give testimony, be present in courts of law, or appear before any commission or board by reason of this appraisal, unless prior arrangements have been made.

34

## DEFINITIONS OF CONDITION

Condition is a characteristic that we determine by observation. The following defined conditions will be used to make the valuation of the equipment.

Very Good (VG)
This term describes an item of equipment in excellent condition capable of being used to its fully specified utilization for its designed purpose without being modified and without requiring any repairs of abnormal maintenance at the time of inspection or within the foreseeable future.

Good (G)
This term describes those items of equipment, which have been used, but not worn excessively. Good items may be used at or near their original specifications.

Fair (F)
This term describes those items of equipment, which are being used at some point below their fully specified utilization because of the effects of age and/or application and may require general repairs and some replacement of minor elements in the foreseeable future.

Poor (P)
This term is used to describe those items of equipment that can be used only at some point well below their fully specified utilization, and it is not possible to realize full capability in their current condition without extensive repairs and/or the replacement of major elements or components.

Obsolete (O)
This term describes an item that has outlived its usefulness. It is functionally or technologically outdated, regardless of condition.

Salvage (S)
This term is used to describe those items of equipment which are no longer serviceable and which cannot be utilized to any practical degree. This equipment has been used for 100% of its useful life and may or may not have useful components to be used for spare parts only.

Unseen (U)
This term represents items not available for physical inspection by the appraiser. The assets have been appraised through information supplied by the owner with or without the use of backup sales invoices, maintenance records and photos.