Marsha A. Houston (CA SBN 129956)
Christopher O. Rivas (CA SBN 238765)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Tel: (213) 457-8000 / Fax: (213) 457-8080
Email: mhouston@reedsmith.com
       crivas@reedsmith.com

Alan J. Lipkin, Esq.
Andrew E. Schwartz, Esq.
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Tel: (212) 728-8000 / Fax: (212) 728-8111
Email: alipkin@willkie.com
       aschwartz@willkie.com

Attorneys for ALUM LANDLORD (DE) QRS 16-105, INC.

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>INTERNATIONAL ARCHITECTURAL GROUP, LLC,<br><br>　　　　　Debtor.<br><br>☒　Affects all Debtors<br><br>☐　Affects the following Debtors: | Case No. 2:11-bk-30486-RN<br>Case No. 2:11-bk-30496-RN<br>Case No. 2:11-bk-30504-RN<br>Case No. 2:11-bk-30507-RN<br><br>Chapter 7<br><br>Jointly Administered Cases<br><br>**JOINDER OF ALUM LANDLORD (DE) QRS 16-105, INC. TO LIMITED OBJECTION OF ALUM (ALBERTA) ULC TO TRUSTEE'S MOTION TO CONFIRM SALE OF CERTAIN PROPERTY OF THE ESTATE FREE AND CLEAR OF ALL LIENS, CLAIMS OR INTERESTS**<br><br>Hearing Date:　June 29, 2011<br>Time:　　　　2:30 p.m. (PT)<br>Court:　　　 United States Bankruptcy Court<br>　　　　　　 Courtroom 1645<br>　　　　　　 255 East Temple Street<br>　　　　　　 Los Angeles, California 90012 |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**TO THE HONORABLE RICHARD M. NEITER, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND INTERESTED PARTIES:**

ALUM LANDLORD (DE) QRS 16-105, INC. ("U.S. Landlord"), by and through its undersigned attorneys, hereby adopts and joins in section II.B of the limited objection (the "Limited Objection") [Docket No. 131] of ALUM (ALBERTA) ULC ("Canadian Landlord") to the Trustee's[1] Motion to Confirm Sale of Certain Property Free and Clear of All Liens, Claims or Interests (the "Motion") [Docket No. 114]; and in support of the Limited Objection, respectfully represents as follows:

## I.
## JOINDER

U.S. Landlord hereby supports, adopts and joins in the arguments made by Canadian Landlord in section II.B of the Limited Objection and expressly reserves all rights in that regard.

## II.
## CONCLUSION

WHEREFORE, for the reasons set forth in the section II.B of the Limited Objection, U.S. Landlord requests that this Court: (a) approve the Motion only on terms consistent with section II.B of the Limited Objection; and (b) grant such other and further relief as the Court deems just and proper.

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Motion.

6763943.1

- 2 -

| | |
|---|---|
| Dated:  June 28, 2011 | Respectfully submitted, |
| | REED SMITH LLP |
| | By:  /s/ Christopher O. Rivas |
| | Marsha A. Houston |
| | Christopher O. Rivas |
| | REED SMITH LLP |
| | 355 South Grand Avenue, Suite 2900 |
| | Los Angeles, CA 90071 |
| | Tel:  (213) 457-8000 / Fax:  (213) 457-8080 |
| | -and- |
| | Alan J. Lipkin, Esq. |
| | Andrew E. Schwartz, Esq. |
| | WILLKIE FARR & GALLAGHER LLP |
| | 787 Seventh Avenue |
| | New York, New York 10019 |
| | Tel: (212) 728-8000 / Fax: (212) 728-8111 |
| | Attorneys for ALUM LANDLORD (DE) QRS 16-105, INC. |

6763943.1

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 355 S. Grand Ave., Suite 2900, Los Angeles, CA 90071

A true and correct copy of the foregoing document described as **JOINDER OF ALUM LANDLORD (DE) QRS 16-105, INC. TO LIMITED OBJECTION OF ALUM (ALBERTA) ULC TO TRUSTEE'S MOTION TO CONFIRM SALE OF CERTAIN PROPERTY OF THE ESTATE FREE AND CLEAR OF ALL LIENS, CLAIMS OR INTERESTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On *6/28/11*, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *6/28/11*, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Honorable Richard M. Neiter
United States Bankruptcy Court - Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1652 / Courtroom 1645
Los Angeles, CA 90012

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 6/28/11 | Gilda Anderson | /s/ Gilda Anderson |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

6763943.1

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Natalia N Bautista on behalf of Creditor Teamsters Miscellaneous Security Trust Fund and Teamsters Death Benefit Trust Fund c/o Natalia Bautista, Esq. Reich, Adell & Cvitan
nataliab@rac-law.com

Erin N Brady on behalf of Creditor Royal Plastics Group (USA) Ltd.
enbrady@jonesday.com

Deana M Brown on behalf of Broker Canadian Imperial Bank of Commerce, as Agent
dbrown@milbank.com

Richard K Diamond on behalf of Interested Party Courtesy NEF
rdiamond@dgdk.com

John P Dillman on behalf of Creditor Cypress Fairbanks ISD
houston_bankruptcy@publicans.com

Robert K Edmunds on behalf of Creditor Houghton Metal Finishing Company
robert.edmunds@bipc.com, timothy.palmer@bipc.com;karolin.sickles@bipc.com

David A Gill (TR)
mlr@dgdk.com, dgill@ecf.epiqsystems.com

Eric D Goldberg on behalf of Debtor International Architectural Group, LLC
egoldberg@stutman.com

Jay W Hurst on behalf of Interested Party Texas Commission on Environmental Quality
jay.hurst@oag.state.tx.us, sherri.simpson@oag.state.tx.us

Robert B Kaplan on behalf of Interested Party Wells Fargo Bank, N.A. as Trustee for the registered holders of J.P. Morgan Chase Commercial Mortgage Securities Trust 2007-CIBC20, Commercial Mortgage Pass-Through Certificates, Series 2007-CIBC20
rbk@jmbm.com

Jordan D Mazur on behalf of Creditor District Council 16, International Union of Painters and Allied Trades
bankruptcycourtnotices@unioncounsel.net

Robert D Nachman on behalf of Interested Party Courtesy NEF
robert.nachman@bfkn.com

Shai S Oved on behalf of Interested Party Nathan's Glass and Mirror, Inc.
ssoesq@aol.com

Christian L Raisner on behalf of Creditor District Council 16, International Union of Painters and Allied Trades
bankruptcycourtnotices@unioncounsel.net, craisner@unioncounsel.net

Christopher O Rivas on behalf of Creditor Alum (Alberta) ULC
crivas@reedsmith.com

Steven J Schwartz on behalf of Trustee David Gill (TR)
sschwartz@dgdk.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Andrea M Valdez on behalf of Creditor Rusal America Corp.
avaldez@fulbright.com

Richard J Wallace on behalf of Creditor Equipment Depot, Ltd.
richard.wallace@solidcounsel.com

III. **SERVED WITHIN 24 HOURS OF FILING BY PERSONAL DELIVERY**

Honorable Richard M. Neiter
United States Bankruptcy Court - Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1652 / Courtroom 1645
Los Angeles, CA 90012

Office of the United States Trustee
725 South Figueroa St # 2600
Los Angeles, CA 90017-5413

III. **SERVED BY EMAIL**

nataliab@rac-law.com
enbrady@jonesday.com
dbrown@milbank.com
rdiamond@dgdk.com
houston_bankruptcy@publicans.com
robert.edmunds@bipc.com
timothy.palmer@bipc.com
karolin.sickles@bipc.com
mlr@dgdk.com
dgill@ecf.epiqsystems.com
egoldberg@stutman.com
jay.hurst@oag.state.tx.us
sherri.simpson@oag.state.tx.us
rbk@jmbm.com
bankruptcycourtnotices@unioncounsel.net
robert.nachman@bfkn.com
ssoesq@aol.com
craisner@unioncounsel.net
sschwartz@dgdk.com
avaldez@fulbright.com
richard.wallace@solidcounsel.com
dgill@dgdk.com
gbray@milbank.com
ayoung@milbank.com
dglowitz@milbank.com
gbray@milbank.com
skhalil@milbank.com
nminihane@turnworksllc.com

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

| | |
|---|---|
| 1 | swolf@hilcoind.com |
|   | jmalfitano@hilcotrading.com |
| 2 | bbonham@hilcoind.com |
|   | RPerez@hilcorealestate.com |
| 3 | gschain@counselrb.com |
|   | areich@counselrb.com |
| 4 | ericnycreditinc@yahoo.com |
|   | b.davis@focusmg.com |
| 5 | r.riiska@focusmg.com |
|   | Howard.Grobstein@crowehorwath.com |
| 6 | Joshua.Teeple@crowehorwath.com |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

6763943.1

PROOF OF SERVICE