1  RICHARD K. DIAMOND (State Bar No. 070634)
   rdiamond@dgdk.com
2  STEVEN J. SCHWARTZ (State Bar No. 200586)
   sschwartz@dgdk.com
3  DANNING, GILL, DIAMOND & KOLLITZ, LLP
   2029 Century Park East, Third Floor
4  Los Angeles, California 90067
   Telephone: (310) 277-0077
5  Facsimile: (310) 277-5735

6  Proposed Attorneys for David A. Gill,
   Chapter 7 Trustee
7

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                 LOS ANGELES DIVISION

11  In re                                    )  Case No. 2:11-bk-30486-RN
                                             )  Case No. 2:11-bk-30496-RN
12  INDUSTRIAL ARCHITECTURAL GROUP,          )  Case No. 2:11-bk-30504-RN
    LLC,                                     )  Case No. 2:11-bk-30507-RN
13                                           )
              Debtor.                        )  Chapter 7
14  _____ )
                                             )  Jointly Administered Cases
15  ☒     Affects all Debtors                )
                                             )  **STIPULATION TO CONTINUE**
16  ☐     Affects the following Debtor(s):   )  **HEARING RE TRUSTEE'S NOTICE OF**
                                             )  **MOTION AND MOTION FOR ORDER**
17                                           )  **AUTHORIZING TRUSTEE TO (1)**
                                             )  **REJECT UNEXPIRED**
18                                           )  **NONRESIDENTIAL REAL PROPERTY**
                                             )  **LEASES; AND (2) SURRENDER**
19                                           )  **POSSESSION OF LEASED PREMISES**
                                             )
20                                           )
                                             )  HEARING DATE & TIME
21                                           )  Date:   July 6, 2011
                                             )  Time:   9:00 a.m.
22                                           )  Ctrm:   "1645"
                                             )          255 E. Temple Street
23                                           )          Los Angeles, CA 90012
                                             )
24                                           )  PROPOSED CONTINUED HEARING
                                             )  Date:   July 13, 2011
25                                           )  Time:   9:00 a.m.
                                             )  Ctrm:   "1645"
26                                           )          255 E. Temple Street
                                             )          Los Angeles, CA 90012
27  _____ )

28

                          1

371609.01 [XP]     1130496A

1  TO THE HONORABLE RICHARD M. NEITER, UNITED STATES BANKRUPTCY JUDGE:

2          This Stipulation is entered into by and between David A. Gill, Chapter 7 Trustee (the

3  "Trustee") of the bankruptcy estates of International Architectural Group, LLC (2:11-bk-30486-

4  RN)("IAG"), International Architectural Products, Inc. (2:11-bk-30496-RN)("IAP"), International

5  Management Services Group, Inc. (2:11-bk-30504-RN)("ISMG") and United States Aluminum of

6  Canada (2:11-bk-30507-RN)("USAC") (collectively, the "Debtors") and Alum Landlord (DE)

7  QRS 16-105, Inc. ("US Landlord") and Alum (Alberta) ULC ( "Canadian Landlord") (collectively,

8  the "Landlords"), by and through their respective counsel as follows:

9          1.      On or about May 31, 2011, the Trustee filed his "Notice of Motion and Motion for

10  Order Authorizing Trustee to (1) Reject Unexpired Nonresidential Real Property Leases; and (2)

11  Surrender Possession of Leased Premises" (the "Motion") [Docket No. 51].  The hearing on the

12  Motion is scheduled for July 6, 2011 at 9:00 a.m.

13          2.      On or about June 22, 2011, the Landlords filed their "Objection of Alum Landlord

14  (De) QRS 16-105, Inc. and Alum (Alberta) ULC to Trustee's Motion for Order Authorizing

15  Trustee to (1) Reject Unexpired Leases; and (2) Surrender Possession of Leased Premises" (the

16  "Opposition") [Docket No. 115] to the Motion.

17          3.      Due to the influx of pleadings filed on shorten time in connection with the sale of

18  substantially all of the Debtors' assets and pleadings filed relating to the continued use of cash

19  collateral and scheduling conflicts, the date of the hearing on the Motion is not feasible for the

20  Trustee.  As a result, counsel for the Trustee has requested the Landlords' counsel that the hearing

21  on the Motion be continued, and the date the Trustee's reply to the Landlords' Opposition be

22  continued for a one (1) week period, subject to the Court's calendar.

23          4.      WHEREAS, the Landlords consent to the requested continuance.

24          5.      WHEREAS, the Landlords and the Trustee have agreed that the date for the hearing

25  on the Motion shall be continued to July 13, 2011, at 9:00 a.m., subject to this Court calendar, and

26  the Trustee's reply to the Opposition shall be filed by July 6, 2011.

27  ///

28  ///

2

371609.01 [XP]        1130496A

1    6.    Subject to this Court's approval, the Landlords and the Trustee agree to reschedule

2  the hearing on the Motion from July 6, 2011 to July 13, 2011 at 9:00 a.m., subject to the Court's

3  availability, and to extend the date the Trustee's reply to the Opposition shall be filed to July 6,

4  2011.

5  **IT IS SO STIPULATED**

6  Dated:  June 29, 2011                    DANNING, GILL, DIAMOND & KOLLITZ, LLP

7

8
                                           By:   /s/ Steven J. Schwartz
9                                                STEVEN J. SCHWARTZ
                                                 Attorneys for David A. Gill, Chapter 7
10                                               Trustee

11

12 Dated:  June 29, 2011                    REED SMITH LLP

13

14                                         By:   s/ Christopher O. Rivas
                                                 CHRISTOPHER O. RIVAS
15                                               Attorney for Alum Landlord (DE) QRS 16-
                                                 105, Inc. and Alum (Alberta) ULC
16

17

18

19

20

21

22

23

24

25

26

27

28

                                        3

371609.01 [XP]      1130496A

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

2029 Century Park East, Third Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as **STIPULATION TO CONTINUE HEARING RE TRUSTEE'S NOTICE OF MOTION AND MOTION FOR ORDER AUTHORIZING TRUSTEE TO (1) REJECT UNEXPIRED NONRESIDENTIAL REAL PROPERTY LEASES; AND (2) SURRENDER POSSESSION OF LEASED PREMISES** was served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 29, 2011** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 29, 2011** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 29, 2011 | MAYRA DURAN | |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                   **F 9013-3.1.PROOF.SERVICE**
371162371609.01 [XP]              1130496A

**ADDITIONAL INFORMATION IF NEEDED:**

**I. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>**

Natalia N Bautista    nataliab@rac-law.com
Erin N Brady    enbrady@jonesday.com
Deana M Brown    dbrown@milbank.com
Richard K Diamond    rdiamond@dgdk.com
John P Dillman    houston_bankruptcy@publicans.com
Robert K Edmunds    robert.edmunds@bipc.com, timothy.palmer@bipc.com;karolin.sickles@bipc.com
David A Gill (TR)    mlr@dgdk.com, dgill@ecf.epiqsystems.com
Eric D Goldberg    egoldberg@stutman.com
Jay W Hurst    jay.hurst@oag.state.tx.us, sherri.simpson@oag.state.tx.us
Robert B Kaplan    rbk@jmbm.com
Jordan D Mazur    bankruptcycourtnotices@unioncounsel.net
Robert D Nachman    robert.nachman@bfkn.com
Shai S Oved    ssoesq@aol.com
Christian L Raisner    bankruptcycourtnotices@unioncounsel.net, craisner@unioncounsel.net
Christopher O Rivas    crivas@reedsmith.com
Steven J Schwartz    sschwartz@dgdk.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Andrea M Valdez    avaldez@fulbright.com
Richard J Wallace    richard.wallace@solidcounsel.com


**III. <u>SERVED BY PERSONAL DELIVERY</u>**

Honorable Richard M. Neiter
U.S. Bankruptcy Court
255 E. Temple Street - Bin Outside of Suite 1652
Los Angeles, CA 90012

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                   **F 9013-3.1.PROOF.SERVICE**

371162371609.01 [XP]          1130496A