DAVID A. GILL (State Bar No. 032145)
*josephvidaurri@dgdk.com*
1900 Avenue of the Stars, 11th Floor
Los Angeles, California 90067-4402
Telephone:  (310) 277-0077
Facsimile:  (310) 277-5735

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>INTERNATIONAL ARCHITECTURAL GROUP, LLC,<br><br>Debtor. | Case No. 2:11-bk-30486-RN<br><br>Chapter 7<br><br>Substantively Consolidated with International Architectural Products, Inc. (Case No. 2:11-bk-30496-RN) and International Management Services Group, Inc. (Case No. 2:11-bk-30504-RN)<br><br>Jointly Administered with United States Aluminum of Canada, Limited (Case No. 2:11-bk-30507-RN)<br><br>**SIXTH CHAPTER 7 STATUS REPORT OF DAVID A. GILL, TRUSTEE**<br><br>Date:  August 7, 2014<br>Time:  10:00 a.m.<br>Place:  Courtroom 1645<br>  255 E. Temple Street<br>  Los Angeles, CA 90012 |

I, David A. Gill, the Chapter 7 Trustee (the "Trustee") for the substantively consolidated estates of International Architectural Group, LLC ("IAG"), International Architectural Products, Inc. ("IAP"), International Management Services Group, Inc. ("IMSG") (collectively, the "Consolidated Cases" or the "U.S. Cases"), and jointly administered with United States Aluminum of Canada Limited ("USAC" or the "Canadian Case") (collectively, the "Debtors") hereby submit my Sixth Chapter 7 Status Report.

1218237.1  1130496A                     1

Case 2:11-bk-30486-ER    Doc 710    Filed 07/24/14    Entered 07/24/14 13:44:37    Desc
                        Main Document      Page 2 of 14

A. Introduction

The status conference was originally set by the Court on May 2, 2012 at the hearing at which the Court approved the Omnibus Motion For Approval of (1) Stipulation Between David A. Gill, Chapter 7 Trustee, Alum (Alberta) ULC And Alum (DE) QRS 16-105, Inc. Regarding Allowance of Claims; (2) Stipulation of Settlement Regarding (A) Trustee's Adversary Complaint; and (B) Allocation and Other Issues; and (3) Stipulation of Settlement Between Trustee and Knightsbridge CLO 2007-1 Limited and Knightsbridge CLO 2008-1 Limited (the "Omnibus Settlement"). A status report was filed on August 24, 2012, which focused on the events occurring between May 2, 2012 and August 24, 2012. A second status report was filed on November 1, 2012, which focused on the events occurring between August 24, 2012 and November 1, 2012. A third status report was filed on May 16, 2013, which focused on the events occurring between November 1, 2012 and May 16, 2013. A fourth status report was filed on October 23, 2013, which focused on the events occurring between May 17, 2013 and October 23, 2013. A fifth status report was filed on April 22, 2014, which focused on the events occurring between October 23, 2013 and April 22, 2014. This Report will focus on events within this case occurring after April 22, 2014 (the "Subject Period").

B. Significant Events Occurring Since April 22, 2014

1. In the U.S. Cases, my property tax professionals are still pursuing approx. $250,000 of real property tax refunds. We have resolved approximately $100,000 of personal property tax refunds, but the estate will not receive the same until all of the assessment appeals are resolved. I am advised that the Assessor's personnel assigned to the appeals have changed several times which has resulted in several continuances at the requests of the assessors. I have prepared and sent a letter at the request of my tax professional, Gilbert Arciba of Property Tax Assistance Co. ("PTA"), to the appeals board to request an expedited hearing. These appeals are the only remaining assets being pursued for collection in the U.S. cases. I am also advised that some small refunds being pursued by PTO were sent by the taxing authorities to lessors rather than the estate, perhaps in error. Mr. Arciba advises that he is investigating the issue to determine whether the refunds were appropriately paid or should have been paid to the estate. Since PTO's compensation from the

1  estate is limited to funds received by the estate, PTO will not be paid by the estate for funds that are
2  distributed to third parties.
3       2.    In the U.S. Cases, my accountants continue to prepare final tax returns and the
4  remaining outstanding unfiled tax returns for the tax years ending on or before June 30, 2013. As
5  stated in the prior report, completion of the tax returns for the U.S. Debtors has taken longer than
6  anticipated because of the poor state of the Debtors' available accounting information for the pre-
7  Chapter 7 period, specifically, for the period from May 2010 to May 2011. We needed to
8  reconcile the Debtors' tax and accounting information for the Debtors' tax periods that straddled
9  the May 2011 filing of the chapter 7 petition, with the Debtors' changed legal entity structure that
10 was adopted when the Debtors emerged from Chapter 11 bankruptcy in May 2010. This
11 reconciliation was necessary because the source data for the post-Chapter 11 period was based on
12 the Debtors' legal entity structure in existence before the Debtors' emerged from Chapter 11
13 bankruptcy in May 2010. This needed to be converted in order to prepare the tax returns for the
14 Debtors based on their new legal entity structure that was adopted in May 2010. My accountants
15 advise that they have made substantial progress in taking historical data from financials and making
16 necessary prior period adjustments to balance sheets in order to reconcile this information. My
17 accountants now indicate that the final returns and requests for § 505(b) determinations, where
18 applicable, should be completed and filed for IAP and IMSG in or before August, 2014.
19      3.    In the Canadian Case, I have employed Mike Norring and Rose Lungal, former
20 employees of the Debtors and now employees of the asset purchasers, to assist me with
21 determining the amounts owed to certain Canadian wage claimants who filed unsecured and/or
22 priority claims in the Canadian Case. I am advised that USAC was current on ordinary wages pre-
23 petition. However, many of the wage claimants filed claims based upon paid time off (PTO), sick
24 pay, expenses and severance, often claiming priority in excess of the § 507 statutory cap. With the
25 assistance of these professionals, during the Subject Period, I have successfully resolved disputes
26 and arranged for the filing of amended claims with respect to all wage claims.
27      4.    In the Canadian Case, my accountants have prepared and filed tax returns and
28 requested a tax clearance certificate through June 30, 2013. I received the clearance certificate on

1218237.1  1130496A                                3

1  April 9, 2014. As stated in prior status reports, the procedures for wind up of the Canadian Case
2  differs from the U.S. Cases in that the Canadian Revenue Agency (CRA) will not recognize
3  Section 505(b) and thus the usual procedure of filing a final tax return prior to making final
4  distributions and seeking a "prompt determination" does not apply to the Canadian Debtor.
5  However, I am informed and believe that the receipt of tax clearance through June 30, 2013, well
6  after the sale and other "taxable events" of the Canadian Debtor were complete, clears the
7  Canadian bankruptcy estate of any reasonably possible income tax liabilities, and all reasonably
8  suggested alternatives have been exhausted.
9        5.    In the Canadian Case, I have filed my notice to professionals to file final fee
10 applications and I am preparing my final report

DATED: July 24, 2014

_____
DAVID A. GILL
Chapter 7 Trustee

1218237.1  1130496A                            4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1900 Avenue of the Stars, 11th Floor, Los Angeles, CA 90067-4402.

A true and correct copy of the foregoing document entitled (*specify*): **SIXTH CHAPTER 7 STATUS REPORT OF DAVID A. GILL, TRUSTEE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On July 24, 2014 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**: On July 24, 2014, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on July 24, 2014, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Served by Personal Delivery (ALSSI) to be delivered on 7/25/2014
Presiding Judge
The Honorable Richard M. Neiter
U.S. Bankruptcy Court
Roybal Federal Building
Bin outside of Suite 1652
255 E. Temple Street
Los Angeles, CA 90012-3332

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 24, 2014 | Cheryl Caldwell | /s/ Cheryl Caldwell |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                         **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

## 1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Natalia N Bautista on behalf of Creditor Teamsters Miscellaneous Security Trust Fund and Teamsters Death Benefit Trust Fund c/o Natalia Bautista, Esq. Reich, Adell & Cvitan
nataliab@rac-law.com

Natalia N Bautista on behalf of Creditor c/o Natalia Bautista, Esq Teamsters Miscellaneous Security Trust Fund
nataliab@rac-law.com

Natalia N Bautista on behalf of Creditor Natalia Teamsters Miscellaneous Security Trust Fund
nataliab@rac-law.com

Natalia N Bautista on behalf of Creditor c/o Natalia Bautista Teamsters Miscellaneous Security Trust Fund
nataliab@rac-law.com

Erin N Brady on behalf of Creditor Royal Plastics Group (USA) Ltd.
enbrady@jonesday.com

Michael D Breslauer on behalf of Interested Party Friedman Corporation
mbreslauer@swsslaw.com, wyones@swsslaw.com

Jeffrey W Broker on behalf of Interested Party Courtesy NEF
jbroker@brokerlaw.biz

Jeffrey W Broker on behalf of Interested Party Universal Molding Company, Inc.
jbroker@brokerlaw.biz

Jeffrey W Broker on behalf of Plaintiff Universal Molding Company Inc a Ca Corp
jbroker@brokerlaw.biz

Deana M Brown on behalf of Broker Canadian Imperial Bank of Commerce, as Agent
dbrown@milbank.com

Deana M Brown on behalf of Defendant CANADIAN IMPERIAL BANK OF COMMERCE, NEW YORK AGENCY
dbrown@milbank.com

Deana M Brown on behalf of Interested Party Courtesy NEF
dbrown@milbank.com

John P Byrne on behalf of Interested Party Courtesy NEF
John.Byrne@byrnelaw.biz

Enid M Colson on behalf of Trustee David A Gill (TR)
emc@dgdk.com, ecolson@dgdk.com;DanningGill@gmail.com

Jennifer Witherell Crastz on behalf of Creditor Southern California Material Handling, Inc.
jcrastz@hemar-rousso.com

Ashleigh A Danker on behalf of Defendant GRAND CENTRAL ASSET TRUST, CAMERON I SERIES
adanker@dankerlawfirm.com

Nicolas De Lancie on behalf of Interested Party Wells Fargo Bank, N.A. as Trustee for the registered holders of J.P. Morgan Chase Commercial Mortgage Securities Trust 2007-CIBC20, Commercial Mortgage Pass-Through Certificates, Series 2007-CIBC20
nde@jmbm.com

Richard K Diamond on behalf of Interested Party Courtesy NEF
rdiamond@dgdk.com, DanningGill@gmail.com

Richard K Diamond on behalf of Interested Party Courtesy NEF
rdiamond@dgdk.com, DanningGill@gmail.com

Richard K Diamond on behalf of Trustee David A Gill (TR)
rdiamond@dgdk.com, DanningGill@gmail.com

Richard K Diamond on behalf of Trustee David A Gill (TR)
rdiamond@dgdk.com, DanningGill@gmail.com

Richard K Diamond on behalf of Trustee David A Gill (TR)
rdiamond@dgdk.com, DanningGill@gmail.com

John P Dillman on behalf of Creditor Cypress Fairbanks ISD
houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Harris County
houston_bankruptcy@publicans.com

Robert K Edmunds on behalf of Creditor Houghton Metal Finishing Company
robert.edmunds@bipc.com, lisa.largent@bipc.com;donna.curcio@bipc.com;christopher.schueller@bipc.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

Robert K Edmunds on behalf of Creditor SAPA Extrusions, LLC
robert.edmunds@bipc.com,
lisa.largent@bipc.com;donna.curcio@bipc.com;christopher.schueller@bipc.com

Wayne S Flick on behalf of Defendant KNIGHTSBRIDGE CLO 2007-1 LIMITED
wayne.s.flick@lw.com,
colleen.rico@lw.com;irene.landeros@lw.com

Wayne S Flick on behalf of Defendant KNIGHTSBRIDGE CLO 2008-1 LIMITED
wayne.s.flick@lw.com,
colleen.rico@lw.com;irene.landeros@lw.com

Wayne S Flick on behalf of Interested Party Courtesy NEF
wayne.s.flick@lw.com,
colleen.rico@lw.com;irene.landeros@lw.com

Wayne S Flick on behalf of Interested Party KNIGHTSBRIDGE CLO 2007-1 LIMITED
wayne.s.flick@lw.com,
colleen.rico@lw.com;irene.landeros@lw.com

Wayne S Flick on behalf of Interested Party KNIGHTSBRIDGE CLO 2008-1 LIMITED
wayne.s.flick@lw.com,
colleen.rico@lw.com;irene.landeros@lw.com

William A Frazell on behalf of Creditor Texas Comptroller of Public Accounts
bk-bfrazell@texasattorneygeneral.gov

William A Frazell on behalf of Creditor Texas Workforce Commission
bk-bfrazell@texasattorneygeneral.gov

Jerome Bennett Friedman on behalf of Interested Party Friedman Corporation
jfriedman@jbflawfirm.com,
msobkowiak@jbflawfirm.com;jmartinez@jbflawfirm.com;sbiegenzahn@jbflawfirm.com;rfranzoia@jbflawfirm.com

David A Gill (TR)
mlr@dgdk.com,
dgill@ecf.epiqsystems.com;DanningGill@Gmail.com

David A Gill (TR) on behalf of Interested Party Courtesy NEF
mlr@dgdk.com,
dgill@ecf.epiqsystems.com;DanningGill@Gmail.com

David A Gill (TR) on behalf of Trustee David A Gill (TR)
mlr@dgdk.com,
dgill@ecf.epiqsystems.com;DanningGill@Gmail.com

Eric D Goldberg on behalf of Debtor International Architectural Group, LLC
egoldberg@stutman.com

Eric D Goldberg on behalf of Debtor International Architectural Products, Inc.
egoldberg@stutman.com

Eric D Goldberg on behalf of Debtor International Management Services Group, Inc.
egoldberg@stutman.com

Eric D Goldberg on behalf of Debtor United States Aluminum of Canada Limited
egoldberg@stutman.com

Kenneth C Greene on behalf of Trustee David A Gill (TR)
kgreene@hamricklaw.com

Robert A Hessling on behalf of Trustee David A Gill (TR)
rhessling@gmail.com

Jay W Hurst on behalf of Interested Party Texas Commission on Environmental Quality
jay.hurst@texasattorneygeneral.gov,
sherri.simpson@texasattorneygeneral.gov

Jackson W Isaacs on behalf of Creditor Pacific Century Homes, Inc.   jisaacs@bph-law.com

Jackson W Isaacs on behalf of Creditor Via Del Lago LLC ,
jisaacs@bph-law.com

James T Jackson on behalf of Defendant Hydro Aluminum North America Inc a Maryland Corp
jjackson@mrjclaw.com, michaele@mrjclaw.com

James T Jackson on behalf of Interested Party Universal Molding Company, Inc.
jjackson@mrjclaw.com, michaele@mrjclaw.com

James T Jackson on behalf of Plaintiff Universal Molding Company Inc a Ca Corp
jjackson@mrjclaw.com, michaele@mrjclaw.com

Raffi Khatchadourian on behalf of Creditor Colonial Pacific Leasing Corporation
raffi@hemar-rousso.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                           F 9013-3.1.PROOF.SERVICE

Raffi Khatchadourian on behalf of Creditor General Electric Capital Corporation
raffi@hemar-rousso.com

Raffi Khatchadourian on behalf of Interested Party Courtesy NEF
raffi@hemar-rousso.com

Ivette Kincaid on behalf of Interested Party Courtesy NEF
ikincaid@ut-law.com, ikincaid@ut-law.com

Jordan D Mazur on behalf of Creditor District Council 16, International Union of Painters and Allied Trades
jmazur@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net

Kelly L Morrison on behalf of U.S. Trustee United States Trustee (LA)
kelly.l.morrison@usdoj.gov

Robert D Nachman on behalf of Creditor Hunter Douglas Metals, Inc
robert.nachman@bfkn.com

Robert D Nachman on behalf of Interested Party Courtesy NEF
robert.nachman@bfkn.com

Shai S Oved on behalf of Interested Party Nathan's Glass and Mirror, Inc.
ssoesq@aol.com

Kathy Bazoian Phelps on behalf of Interested Party Courtesy NEF
kphelps@diamondmccarthy.com, mshabpareh@diamondmccarthy.com

Martin L Pitha on behalf of Creditor Hydro Aluminum North America N.A.
mpitha@slplawfirm.com

Michael T Quinn on behalf of Creditor Maria Angelina Hines
mquinn@ssllplaw.com

Christian L Raisner on behalf of Creditor District Council 16, International Union of Painters and Allied Trades
bankruptcycourtnotices@unioncounsel.net, craisner@unioncounsel.net

Nikhila Raj on behalf of Creditor Rusal America Corp.
nraj@fulbright.com

Matthew J Riopelle on behalf of Creditor Bostik, Inc.
mriopelle@foley.com

Christopher O Rivas on behalf of Creditor Alum (Alberta) ULC
crivas@reedsmith.com

Christopher O Rivas on behalf of Creditor Alum Landlord (De) QRS 16-105, INC.
crivas@reedsmith.com

Christopher O Rivas on behalf of Defendant Hydro Aluminum North America Inc a Maryland Corp
crivas@reedsmith.com

Christopher O Rivas on behalf of Plaintiff Universal Molding Company Inc a Ca Corp
crivas@reedsmith.com

Steven J Schwartz on behalf of Plaintiff David A Gill
sschwartz@dgdk.com, DanningGill@gmail.com

Steven J Schwartz on behalf of Trustee David A Gill (TR)
sschwartz@dgdk.com, DanningGill@gmail.com

Steven J Schwartz on behalf of Trustee David A Gill (TR)
sschwartz@dgdk.com, DanningGill@gmail.com

Steven J Schwartz on behalf of Trustee David A Gill (TR)
sschwartz@dgdk.com, DanningGill@gmail.com

Steven J Schwartz on behalf of Trustee David A Gill (TR)
sschwartz@dgdk.com, DanningGill@gmail.com

Steven J Schwartz on behalf of Trustee David A Gill (TR)
sschwartz@dgdk.com, DanningGill@gmail.com

Sung E Shim on behalf of Creditor The Emerald Dolphin Inn, Inc.
sshim@katzoffriggs.com

Edward J Tredinnick on behalf of Creditor Prologis
etredinnick@greeneradovsky.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Andrea M Valdez on behalf of Creditor Rusal America Corp.
avaldez@fulbright.com

Richard J Wallace, III on behalf of Creditor Equipment Depot, Ltd.
richard.wallace@solidcounsel.com

Gilbert B Weisman, II on behalf of Creditor American Express Travel Related Services Co Inc Corp Card
notices@becket-lee.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                          **F 9013-3.1.PROOF.SERVICE**

Elizabeth Weller on behalf of Creditor Ellis County
dallas.bankruptcy@publicans.com

Kimberly S Winick on behalf of Defendant BABSON CAPITAL LOAN STRATEGIES MASTER FUND LP
kwinick@clarktrev.com

Kimberly S Winick on behalf of Defendant BABSON CAPITAL MANAGEMENT LLC
kwinick@clarktrev.com

Kimberly S Winick on behalf of Defendant C. M. LIFE INSURANCE COMPANY
kwinick@clarktrev.com

Kimberly S Winick on behalf of Defendant CIFC FUNDING 2007-II, LTD
kwinick@clarktrev.com

Kimberly S Winick on behalf of Defendant CIFC FUNDING 2007-III, LTD
kwinick@clarktrev.com

Kimberly S Winick on behalf of Defendant JEFFERIES FINANCE CP FUNDING LLC
kwinick@clarktrev.com

Kimberly S Winick on behalf of Defendant LOAN STRATEGIES FUNDING LLC
kwinick@clarktrev.com

Kimberly S Winick on behalf of Defendant NEWSTAR LOAN FUNDING LLC
kwinick@clarktrev.com

Kimberly S Winick on behalf of Interested Party Courtesy NEF
kwinick@clarktrev.com

Amelia M Yurch on behalf of Creditor J.D. Desert Development, Inc.
vbeckel@wpwlaw.com

Martin S Zohn on behalf of Creditor City National Bank
mzohn@proskauer.com

Martin S Zohn on behalf of Creditor City National Bank, a National Banking Association
mzohn@proskauer.com

## 2. SERVED BY U.S. MAIL

| | |
|---|---|
| Attorney for Receiver<br>Robert B. Kaplan<br>Walter W. Gouldsbury III<br>Jeffer Mangels Butler & Mitchell LLP<br>Two Embarcadero Center, Fifth Floor<br>San Francisco, CA 94111-3813 | Atty for Lessee Huizar Corp, dba Southwest Carpet and Recycling<br>Sarah E. Biren<br>JOHN K. HANNAN & ASSOCIATES<br>1980 Post Oak Boulevard, Suite 2100<br>Houston, Texas 77056 |
| Receiver for U.S. Leased Properties<br>J. Eric Johnson<br>Cushman & Wafefield, Inc.<br>4435 Eastgate Mall, Suite 200<br>San Diego, CA 92121 | **Landlords**<br>777 Partners<br>Attn Charles Roy<br>Oltmans Construction Co.<br>10005 Mission Mill Road<br>P.O. Box 985<br>Whittier, CA 90608-0985 |
| Babson Capital Management, LLC<br>Attn: C T Corporation System, Registered Agent<br>818 W. Seventh St.<br>Los Angeles, CA 90017 | Oro Vail Construction<br>P O Box 985<br>Whittier, CA 90608-0985 |
| | Alum Landlord<br>c/o W P Carey and Co., LLC<br>50 Rockefeller Plaza<br>New York, NY 10020 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

| | |
|---|---|
| Weststate Land-3 LLC<br>9061 Santa Monica Blvd.<br>Los Angeles, CA 90069 | Pattillo Industrial Partners LC<br>2200 Century Parkway, Suite 100<br>Atlanta, GA 30345 |
| Knibbe Land Company<br>~~dba Schoolcraft Business Park~~<br>~~1025 E Maple Rd., Ste. 200~~<br>~~Birmingham, MI 48009~~<br>Returned – see forwarding address | AMB Partners II, LP<br>Baltimore Washington Ind Pk<br>60 State Street<br>Boston, MA 02109 |
| Knibbe Land Company<br>dba Schoolcraft Business Park<br>2075 W. Big Beaver Road, Suite 100<br>Troy, MI 48084-3437 | AMB Partners II LP<br>P.O. Box 6110<br>Hicksville, NY 11802-6110 |
| Casey Brother Trust<br>c/o. Thomas M Nolan, Esq.<br>530 East First Street<br>P.O. Box E-62<br>Boston, MA 02127 | Attorneys for AMB Partners II LP<br>Leon Koutsouftikis, Esq.<br>Magruder, Cook, Carmody & Koutsouftikis<br>1889 Preston White Drive, Suite 200<br>Reston, VA 20191 |
| St. Louis Properties II<br>co Maune Development Company<br>7711 Bonhomme Ave., Suite 310<br>St. Louis, MO 63105 | Matthew Brooks<br>Troutman Sanders, LLP<br>600 Peachtree Street, NE, Ste. 5200<br>Atlanta, CA 30308 |
| Glasser Schwartz<br>Investments Inc<br>10422 S La Cienega Blvd<br>Inglewood, CA 90304 | **Request for Special Notice**<br>(IAP)<br><u>Attorney for Broadie McEwen dba Corinth Glass</u><br>David Blaylock, Esq.<br>Glankler Brown, PLLC<br>6000 Poplar Avenue, Suite 400<br>Memphis, TN 38119 |
| Bates & Myers Company<br>~~2705 Irving Blvd~~<br>~~Dallas, TX 75207~~<br>Returned – see forwarding address | <u>Attorneys for Interested Party FRIEDMAN CORPORATION</u><br>Michael D. Breslauer, Esq.<br>Solomon Ward Seidenwurm & Smith, LLP<br>401 B Street, Suite 1200<br>San Diego, CA 92101 |
| Bates & Myers Company<br>8201 Preston Road, Ste. 300<br>Dallas, TX 75225-6208 | **IAG 20 Largest Unsecured Creditors** |
| Houston Industrial Partners LTD<br>c/o Granite Properties, Inc.<br>13135 Dairy Ashford, Suite 500<br>Sugar Land, TX 77478 | Bank of America Merrill Lynch<br>~~CIFC Funding 2007-II LTD~~<br>~~CIFC Funding 2007-III LTD~~<br>~~Attn Gene Vladimirov~~<br>~~540 W Madison St~~<br>~~Chicago, IL 60661~~ |
| MD Hodges Enterprises, Inc<br>~~3350 Riverwood Parkway, Ste 850~~<br>~~Atlanta, GA 30339~~<br>Returned - See Forwarding Address below | USBank<br>190 S. LaSalle<br>Chicago, IL 60603 |
| MD Hodges Enterprises, Inc.<br>30 Ivan Alle Jr. Blvd., 900<br>Atlanta, GA 30308 | Bank of America Securities LLC<br>PPM Monarch Bay Fdg LLC<br>Attn Tara Kennedy<br>214 North Tryon Street NC1 027 14 01<br>Charlotte, NC 28255 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

| | |
|---|---|
| BCM LLC<br>Attn David Elkins<br>201 South College Street Ste 2400<br>Charlotte, NC 28244 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101 7346 |
| BCM LLC Massachusetts Mutual Life Insurance Company<br><s>Attn Callie Moses</s><br><s>201 South College Street Ste 2400</s><br><s>Charlotte, NC 28244</s><br>Returned to Sender | Internal Revenue Service<br><s>Attn Chief Insolvency</s><br><s>PO Box 17167 Stop 5730</s><br><s>Fort Lauderdale, FL 33318</s><br>Returned to Sender |
| Canadian Imperial Bank Of Commerce IAC<br>Attn Angela Tom<br>425 Lexington Ave<br>New York, NY 10017 | Invesco Senior Secured Mgmt Inc. Atlantis Fdg LTD<br>Attn Angela Gambardella<br>1166 Avenue of the Americas 26th Floor<br>New York, NY 10036 2789 |
| DBT Co Americas Knightsbridge CLO 2007 1 Limited<br>Attn Rafael Gimarino<br>1761 E St Andrew Place<br>Santa Ana, CA 92705 | Katonah 2007 I CLO LTD co U S Bank NA<br>Attn Scott Holmes<br>One Federal Street 3rd Floor<br>Boston, MA 02110 |
| Deutsche Bank Genesis CLO 2007 1 LTD<br>Attn CLO Administration<br>1761 E. St Andrew Place<br>Santa Ana, CA 92705 | Knightsbdge Clo 2008 1 Limited co The Bank of NY<br>Attn Stuart Stanford<br>601 Travis Street 17th Floor<br>Houston TX 77002 |
| Employment Development Department<br>State of California<br>Benefit Overpayment Collection Section<br>PO Box 826218<br>Sacramento, CA 94280 6218 | Kohlberg Capital Funding LLC I co U S Bank NA<br>Attn John Delaney Jr<br>One Federal Street 3rd Floor<br>Boston, MA 02110 |
| Franchise Tax Board<br>Bankruptcy Section MS A 340<br>PO Box 2952<br>Sacramento, CA 95812 2952 | Levine Leichtman Cap Partners<br>Deep Value Fund LP<br>Attn John Klinge<br>335 N Maple Drive Ste. 130<br>Beverly Hills, CA 90210 |
| Franchise Tax Board<br>Chief Counsel c o General Counsel Section<br>PO Box 1720 MS A 260<br>Rancho Cordova, CA 95741 1720 | Lewis Maldonado<br>Office of Regional Counsel ORC 3<br>75 Hawthorne Street<br>San Francisco, CA 94105 |
| Highland Capital Management LP<br>300 Crescent Ct., Suite 700<br>Dallas, TX 75240 | Newstar Loan Funding LLC<br>Attn Angelina Lynn and Courtney Brown<br>500 Boylston Street Ste 1250<br>Boston, MA 02116 |
| Illinois Department of Employment Security<br>Benefit Payment Control Division<br>PO Box 4385<br>Chicago, IL 60680 | **IAP 20 Largest Unsecured Creditors** |
| | Littler Mendelson PC<br>P O Box 45547<br>San Francisco, CA 94145-0547 |
| Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664 0338 | Knibbe Land Company<br>dba Schoolcraft Business Park<br>1025 E Maple Rd., Ste. 200<br>Birmingham, MI 48009 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE

| | |
|---|---|
| Luminant Energy Company LLC<br>Dept 1036<br>P O Box 121036<br>Dallas, TX 75312-1036 | Bank One<br>~~Attn Royal Window and Door Profiles~~<br>~~Plant 12 100745~~<br>~~Los Angeles, CA 90065~~<br>Returned Undeliverable |
| Advanced Hardware Technologies<br>~~1301 South Lewis Street~~<br>~~Anaheim, CA 92805-6431~~<br>Returned - Refused | PPG Industries Inc<br>One Ppg Place<br>Pittsburgh, PA 15272 |
| Oldcastle Glass Dallas<br>803 Airport Road<br>P O Box 629<br>Terrell, TX 75160 | Richard D. Smith<br>~~1107 Boskydell Road, #25~~<br>~~Carbondale, IL 62902-6172~~<br>Returned – See forwarding address |
| St. Louis Properties II<br>co Maune Development Company<br>7711 Bonhomme Ave., Suite 310<br>St. Louis, MO 63105 | Richard D. Smith<br>59 Pine Shore Drive, #28<br>Carbondale, IL 52902-7502 |
| Pattillo Industrial Partners LLC<br>P O Box 101790<br>Atlanta, GA 30392 | Morpak Specialties Inc<br>2500 Discovery Blvd<br>Rockwall, TX 75032 |
| Hunter Douglas Metals Inc<br>1409 Paysphere Circle<br>Chicago, IL 60674 | V T Industries Inc.<br>c/o Master Credit Consultants<br>23230 Chagrin Blvd., 940<br>Beachwood, OH 44122 |
| Edward O. Cobb III and Thomas V. Cobb<br>510 W. Round Grove Road<br>Lewisville, TX 75067 | Houghton Metal Finishing Co<br>24543 Network Place<br>Chicago, IL 60673-1245 |
| Etc Industrial Ltd<br>810 W Round Grove Rd<br>Lewisville, TX 75067 | **IMSG 20 Largest Unsecured Creditors** |
| M D Hodges Enterprises Inc<br>~~P O Box 931932~~<br>~~Atlanta, GA 31193-1932~~<br>Returned Undeliverable | 777 Partners<br>Attn Charles Roy<br>Oltmans Construction Co.<br>10005 Mission Mill Road<br>P.O. Box 985<br>Whittier, CA 90608-0985 |
| Hydro Aluminum Metal Products<br>Monett<br>808 County Road<br>Monett, MO 65708 | A T and T Communications<br>~~P O Box 10191~~<br>~~Van Nuys, CA 91410~~<br>Returned Undeliverable |
| Hydro Aluminum Metal Products<br>2000 Economic Drive<br>Commerce, TX 75428 | Alum Landlord<br>c/o W P Carey and Co., LLC<br>50 Rockefeller Plaza<br>New York, NY 10020 |
| AMB Partners II, LP<br>Baltimore Washington Ind Pk<br>60 State St<br>Boston, MA 02109 | Oro Vail Construction<br>P O Box 985<br>Whittier, CA 90608-0985 |
| Glasser Schwartz<br>Investments Inc<br>10422 S La Cienega Blvd<br>Inglewood, CA 90304 | Friedman Corporation<br>One Parkway North, Suite 400S<br>Deerfield, IL 60015 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                          F 9013-3.1.PROOF.SERVICE

| | |
|---|---|
| American Express<br>A T T The Platinum Card<br>Box 0001<br>Los Angeles, CA 90096 | Sarcom Inc<br>Dept L 2550<br>Columbus, OH 43260 |
| Focus Management Group USA<br>5001 West Lemon Street<br>Tampa, FL 33609 | Staples Inc<br>~~Dept 82 0001006642~~<br>~~P O Box 182378~~<br>~~Columbus, OH 43218-2378~~<br>Returned Undeliverable |
| Michael R. Briggs<br>~~5605 NE 179th Street~~<br>~~Vancouver, WA 98686~~<br>Returned See Forwarding Address | United Parcel Service<br>~~P O Box 505820~~<br>~~The Lakes, NV 88905~~<br>Returned Undeliverable |
| Michael R. Briggs<br>41151 Calle Pampas<br>Indio, CA 92203-7732 | **USAC 20 Largest Unsecured Creditors** |
| George T. Haymaker. Jr<br>440 Davis Court Ste. 1322<br>San Francisco, CA 94111 | Great West Life Assurance Co<br>Group Insurance Payment Admin<br>P O Box 1053<br>Winnipeg, MB R3C 2X4 |
| Paul R. Gary and Associates<br>dba The Gary Law Group<br>2000 One Main Place<br>Portland, OR 97204 | UPS SCS, Inc.<br>117 5200 Miller Road<br>Richmond, BC V7B 1K5 |
| Emkay Inc<br>P O Box 92047<br>Chicago, IL 60675-2047 | Tremco Inc<br>P O Box 931111<br>Cleveland, OH 44193 |
| Aon Risk Ins Srvc West, Inc.<br>707 Wilshire Blvd., Suite 2600<br>Los Angeles, CA 90017 | Modern Stretch Form Inc<br>No 206 9485 189th Street<br>Surrey, BC V4N 5L8 |
| Littler Mendelson PC<br>P O Box 45547<br>San Francisco, CA 94145-0547 | Special Projects Group Inc<br>P O Box 2557<br>Suwanee, GA 30024-0982 |
| Arc Imaging Resources<br>P O Box 155<br>Monterey Park, CA 91754 | Adams Rite Mfg Co<br>~~Dept La 22201~~<br>~~Pasadena, CA 91185-2201~~<br>Returned Undeliverable |
| Vincent Benjamin Invine LLC<br>~~2425 E Camelback Road Suite 950~~<br>~~Phoenix, AZ 85016~~<br>Returned to Sender | Freight Management Inc<br>2900 E La Palma Ave<br>Anaheim, CA 92806 |
| Citrix Online LLC<br>6500 Hollister Ave<br>Santa Barbara, CA 93117 | ABC Hardware Inc.<br>2398 Bateman Ave Suite A<br>Irwindale, CA 91010 |
| Mainline Disaster Recovery<br>P O Box 11407 Dept No 1659<br>Birmingham, AL 35246-1659 | Firestone Metal Products LLC<br>~~Mi 79~~<br>~~P O Box 1150~~<br>~~Minneapolis, MN 55480-1150~~<br>Returned Underliverable |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

| |
|---|
| Truth Hardware<br>~~Dept Ch 19442~~<br>~~Palatine, Il 60055-9442~~<br>Returned Undeliverable |
| Spectral Finishing Inc<br>103 8310 130th Street<br>Surrey, BC V3W 8J9 |
| Standard Life<br>~~Attn Group Savings and Retirement~~<br>~~No 1150 639 Fifth Ave Sw~~<br>~~Calgary, AB T2P 0M9~~ |
| R M W Enterprises<br>14 Tanya Crescent<br>Winnipeg, Manitoba R2G 2Z6 |
| Petersen Molding Corporation<br>11820 Algardi<br>Norwalk, CA 90650 |
| Advanced Hardware Technologies<br>1301 South Lewis Street<br>Anaheim, CA 92805-6431 |
| Dorma Architectural Hardware<br>~~P O Box 64776~~<br>~~Baltimore, MD 21264-4776~~<br>Returned Undeliverable |
| Medical Services Plan<br>P O Box 9482 Stn Prov Govt<br>Victoria, BC V8W 9E5 |
| BC Hydro<br>P O Box 9501 Stn Terminal<br>Vancouver, BC V6B 4N1 |
| Direct Energy Marketing Ltd<br>P O Box 7135 Station Terminal<br>Vancouver, BC V6B 4E2 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE